# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------X

In re:                                Chapter 11

ETOYS, INC., et al.,                  Case Nos. 01-0706 (MFW)

        Debtors.

-----------------------------------X

**RE:** The Court's Decision in the matter(s) of Non-Disclosure, Conflict(s) of Interest, Disqualification, Disgorgement of Fees, Barry Gold, Traub Bonacquist & Fox and Morris Nichols Arsht & Tunnel, which was handed down by the Delaware Bankruptcy Court in Wilmington Delaware on October 4, 2005, by the Honorable Chief Federal Judge Mary F. Walrath.

## NOTICE OF APPEAL INTENT

Whereas I, Robert Alber, being a party of Interest, and Plaintiff, thereby Appellant, do hereby state to all parties concerned that I do this day Appeal and seek upper Court review of the Opinion and Order handed down by the Federal Bankruptcy Court of Wilmington Delaware on October 4, 2005 concerning the matter of Non Disclosure, Conflict of Interest, Disgorgement, Disqualification and Fraud by Her Honor Walrath In re: eToys DE Fed. Dist 01-706 thru 01-709 jointly administrated.

In compliance with Rule 8000 concerning the timely filing of Appeal Notice within 10 days of such Order I submit the filing fee of $255 and deliver to the Clerk by Overnight Certified Delivery this Intent to Appeal which is processed this the 13th Day of October 2005 and is within the Timeline which in accordance with Rule 8000 would be October 14th, 2005.

**Dated:**

Wednesday, October 13th, 2005

                                                             Respectfully Submitted,

*[signature]*

Robert K Alber, Pro Se
17685 DeWitt Avenue
Morgan Hill, CA  95037
(408) 778-5241
(928) 279-6244
csg@hushmail.com

Clerk of the United States Bankruptcy Court
for the District of Delaware
824 Market Street, 5th Floor
Wilmington, Delaware  19801

SERVICE LIST

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Counsel for Barry Gold

G. David Dean, Esquire
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21202
Counsel for Barry Gold

Laser Steven Haas
President / CEO and sole shareholder
Collateral Logistics, Inc.
Laserhaas@msn.com
Bhaass@aol.com
(310) 819-7777

Paul Traub, Esquire
Traub, Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017

Frederick Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
Counsel for the Committee

James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Counsel for Traub, Bonacquist & Fox LLP

Ronald R. Sussman, Esquire
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Counsel for Traub, Bonacquist & Fox LLP

Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Mark S. Kenney, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801
Office of the U.S. Trustee

John J. Rapisardi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Counsel for Goldman Sachs & Co.


SEC
Gordon Robinson
3475 Lenox Road, Suite 1000
Atlanta, GA 30326
robinsone@sec.gov


SEC
Susan Sherrill-Beard
3475 Lenox Road, Suite 1000
Atlanta, GA 30326
sherrill-beards@sec.gov