TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Related Bankruptcy Case #:** 01-706

**Deputy Clerk Transferring Case:** Anissa L. Cothran

**Case Type:** Main Bankruptcy Case

**Cause of Appeal:**
Order entered on 10/4/2005 Regarding The Court's Decision In The Matter Of Non Disclosure, Conflict(s) Of Interest, Disqualification, Disgorgement of Fees, Barry Gold, Traub Bonacquist & Fox And Morris Nichols Arsht & Tunnel.

**Parties:**   Robert K. Alber, Pro Se  v.  Etoys, Inc. and PEDC

**Appellant Counsel:**    **Robert K. Alber,  Pro Se**
17685 DeWitt Avenue
Morgan Hill, CA 95037
(408) 778-5241

**Appellee Counsel:**    **Frederick B. Rosner**
Jaspen Schlesinger Hoffman
913 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 351-8000

-And-
Mark Minuti
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421- 6800

-And-

G. David Dean
Saul Ewing, LLP
100 South Charles Street
Baltimore, MD 21201
(410) 332-8600