IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                        :
                                              :   Chapter 11
                                              :
ETOYS, INC., et al.,                          :   Case Nos. 01-0706 (RB)
                                              :   Through 01-0709 (RB)
            Debtors.                          :
                                              :
-----------------------------------------------------------x
ROBERT K. ALBER, Pro Se,                      :
                                              :
            Appellant,                        :   Civil Action No. 05-830 (KAJ)
                                              :
      v.                                      :
                                              :
TRAUB, BONACQUIST & FOX LLP,                  :
BARRY GOLD, MORRIS NICHOLS                    :
ARSHT & TUNNEL LLP, AND POST-                 :
EFFECTIVE DATE COMMITTEE OF                   :
EBC I, INC.,                                  :
                                              :
            Appellees.                        :
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 19th day of December, 2005, I served one copy of the *Appellee's Motion to Strike Items Improperly Designated by Robert K. Alber to be Included in the Record of Appeal of the Bankruptcy Court's October 4, 2005 Order* upon the parties listed below by First Class Mail, postage prepaid:

| | |
|---|---|
| Robert K. Alber | Mark Minuti, Esquire |
| 17685 DeWitt Avenue | Saul Ewing |
| Morgan Hill, CA 95037 | 222 Delaware Avenue |
| | Wilmington, DE 19801 |

16042

| | |
|---|---|
| Derek C. Abbott, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 Market Street<br>Wilmington, DE 19801 | Mark S. Kenney, Esquire<br>Office of the United States Trustee<br>844 King Street<br>Wilmington, DE 19801 |

**JASPAN SCHLESINGER HOFFMAN LLP**

<u>/s/ Frederick B. Rosner</u>
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

16042                                2