IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re:                                      :
                                            :   Chapter 11
                                            :
ETOYS, INC., et al.,[1]                     :
                                            :   Case Nos. 01-0706 (RB)
                                            :   Through 01-0709 (RB)
           Debtors.                         :
                                            :
------------------------------------------------------x
ROBERT K. ALBER, Pro Se,                    :
                                            :
           Appellant,                       :   Civil Action No. 05-830 (KAJ)
                                            :
     v.                                     :
                                            :
TRAUB, BONACQUIST & FOX LLP,                :
BARRY GOLD, MORRIS NICHOLS                  :
ARSHT & TUNNEL LLP, AND POST-               :
EFFECTIVE DATE COMMITTEE OF                 :
EBC I, INC.,                                :
                                            :
           Appellees.                       :
------------------------------------------------------x
```

**ORDER GRANTING APPELLEE'S MOTION TO STAY PROCEEDINGS**

Upon the motion of Appellee Traub, Bonacquist & Fox, LLP ("TB&F" or "Appellee"), dated December __, 2005 (the "Motion"), seeking to stay further proceedings on the appeal (the "Appeal") of Robert K. Alber, *pro se* ("Appellant") from that certain Order of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding) (the "Bankruptcy Court"), dated October 4, 2005, *inter alia*, denying the emergency motion filed by Appellant for and upon the reasons set forth in its Opinion, dated October 4, 2005; and Appellee having filed a Motion to

---

[1]   The Debtors are the following entities: EBC I, Inc. f/k/a eToys, Inc. ("eToys"), EBC Distribution, LLC, f/k/a eToys Distribution LLC, PMJ Corporation and eKids, Inc.

16025

strike items improperly designated by Appellant to be included in the record on this Appeal (the "Motion to Strike"); and after due deliberation and for cause shown, it is hereby:

**ORDERED**, that the Motion is granted and the Appellee is not required to file its answering brief to the Appeal until ten (10) days after entry of a dispositive order adjudicating the Motion to Strike has become final and not subject to an appeal.


Dated: _____ \_\_\_, 200\_

                                                _____
                                                United States District Judge

16025