IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                      :
                                                            :  Chapter 11
                                                            :
ETOYS, INC., et al.,                                        :  Case Nos. 01-0706 (RB)
                                                            :  Through 01-0709 (RB)
        Debtors.                                            :
                                                            :
------------------------------------------------------------x
ROBERT K. ALBER, *Pro Se*,                                  :
                                                            :
        Appellant,                                          :  Civil Action No. 05-830 (KAJ)
                                                            :
        v.                                                  :
                                                            :
TRAUB, BONACQUIST & FOX LLP,                                :
BARRY GOLD, MORRIS NICHOLS                                  :
ARSHT & TUNNEL LLP, AND POST-                               :
EFFECTIVE DATE COMMITTEE OF                                 :
EBC I, INC.,                                                :
                                                            :
        Appellees.                                          :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 19th day of December, 2005, I served one copy of the *Appellee's Emergency Motion for Stay of Further Proceedings on Appeal Pending Resolution of Appellee's Motion to Strike Improperly Designated Items* upon the parties listed below by First Class Mail, postage prepaid:

Robert K. Alber                         Mark Minuti, Esquire
17685 DeWitt Avenue                     Saul Ewing
Morgan Hill, CA 95037                   222 Delaware Avenue
                                        Wilmington, DE 19801

16040

| | |
|---|---|
| Derek C. Abbott, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 Market Street<br>Wilmington, DE 19801 | Mark S. Kenney, Esquire<br>Office of the United States Trustee<br>844 King Street<br>Wilmington, DE 19801 |

**JASPAN SCHLESINGER HOFFMAN LLP**

<u>/s/ Frederick B. Rosner</u>
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000