IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> ETOYS, INC., et al., ) <br> ) <br>       Debtors. ) <br> ) <br>―――――――――――――――― <br> ROBERT K. ALBER, *Pro Se*, ) <br> ) <br>       Appellant, ) <br> ) <br> v. ) <br> ) <br> TRAUB, BONACQUIST & FOX LLP, ) <br> BARRY GOLD, MORRIS NICHOLS ) <br> ARSHT & TUNNELL LLP, and POST- ) <br> EFFECTIVE DATE COMMITTEE OF ) <br> EBC I, INC., ) <br> ) <br>       Appellees. ) | Chapter 11 <br><br> Case Nos. 01-0706 (RB) <br>   through 01-0709 (RB) <br><br><br><br><br> Civil Action No. 05-830 (KAJ) |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, certify that I am not less than 18 years of age, and that service of a copy of the **Memorandum Order**, filed August 30, 2006 [Docket No. 22] was made on August 31, 2006, upon the following individuals in the manner indicated:

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
E-mail: mminuti@saul.com
*Via E-mail and First Class Mail,*
*Postage Prepaid*

Mark S. Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801
E-mail: mark.kenney@usdoj.gov
*Via E-mail and First Class Mail,*
*Postage Prepaid*

DM3\393193.1

G. David Dean, Esquire
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21202
E-mail: gdean@saul.com
*Via E-mail and First Class Mail,
Postage Prepaid*

Steven Fox, Esquire
Traub, Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017
E-mail: sfox@tbfesq.com
*Via E-mail and First Class Mail,
Postage Prepaid*

James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
E-mail: jgarrity@shearman.com
*Via E-mail and First Class Mail,
Postage Prepaid*

Ronald R. Sussman, Esquire
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of Americas
New York, NY 10036-7798
E-mail: rsussman@kronishlieb.com
*Via E-mail and First Class Mail,
Postage Prepaid*

Robert K. Alber
17685 DeWitt Avenue
Morgan Hill, CA 95037
E-mail: condo28@mail.com
*Via E-mail and First Class Mail,
Postage Prepaid*

Steve Haas a/k/a Laser Haas
12901 Garden Grove Blvd., Suite 101
Garden Grove, CA 92843
E-mail: laserhaas@msn.com
         bhaass@aol.com
         laserace01@yahoo.com
*Via E-mail and First Class Mail,
Postage Prepaid*

Steve Haas, a/k/a Laser Haas
108 Jewel Street
c/o Calloway
Delmar, DE 19940
*Via First Class Mail, Postage Prepaid*

Derek C. Abbott, Esquire
Gregory W. Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, 18th Floor
Wilmington, DE 19801
E-mail: dabbott@mnat.com
         gwerkheiser@mnat.com
*Via E-mail and First Class Mail,
Postage Prepaid*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 31, 2006

By: _____
Frederick B. Rosner (DE 3995)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901