# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------X

In re:

ETOYS, INC., et al.,

                Debtors.

_____X

ROBERT K. ALBER, *Pro Se*,

            Appellant,

      v.

TRAUB, BONACQUIST & FOX, LLP,
BARRY GOLD, MORRIS, NICHOLS,
ARSHT & TUNNELL, LLP, and POST-
EFFECTIVE DATE COMMITTEE OF
EBC I, INC.,

            Appellees.

----------------------------------------------------X

Chapter 11

Case Nos. 01-0706 (MFW)
     through 01-0709 (MFW)

Civil Action No. 05-830 (KAJ)

## AMENDED DESIGNATION OF RECORD ON APPEAL

## BY APPELLANT ROBERT K. ALBER,

## <u>ETOYS SHAREHOLDER</u>

Pursuant to Bankruptcy Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellant, Robert K. Alber, eToys Shareholder and Pro Se (ALBER), hereby designates the following items and documents be included in the Record on Appeal, with respect to my "Intent to

Appeal Notice" dated October 14th, 2005, with the 3rd Circuit Court of Appeals for the District of Delaware as my requested venue. Appellant, Alber, also Respectfully Requests that this Appeal be heard in oral argument under Bankruptcy Rule 8012. In accordance with my understanding of Bankruptcy Rule 8012, I shall file a separate brief with the Clerk detailing my reasons in support of oral argument.

As there are, at this time, 2380 Dockets in this (consolidated) eToys Bankruptcy Case No. 01-0706. Whereas Appellant has made a thorough examination of the complete Docket list in this case, with the sheer number of Dockets involved Appellant may have inadvertently excluded from inclusion into this Designation of Documents certain Dockets which are essential to Appellant's Claims against Appellees and for this Court to correctly assess this Appeal. Therefore, Appellant does reserve the right to submit other Dockets, in accordance with this Court's Rules of Order, at a later date.

## Designation of Documents and Submissions

The Opinion of the Court, by Her Honor Walrath, on these issues dated October 4, 2005.

The Orders of the Court, by Her Honor Walrath, on these issues dated October 4, 2005.

Filing(s) by the U.S. Trustee, Kelley Stapleton, detailing TBF and Gold's pattern of failing to Disclose their relationships during the eToys Bankruptcy case, which I joined in part, and objected to in part.

Relevant Court filings in the Finova Bankruptcy Case showing the non-disclosed relationships between MNAT and others directly related to our case.

Transcript of the March 1st, 2005, Court Hearing in the eToys Bankruptcy Case.

Transcript of the February 1st, 2005, Court Hearing in the eToys Bankruptcy Case.

Transcript of the December 22nd, 2004, Court Hearing in the eToys Bankruptcy Case.

Transcript of the Deposition of Barry F. Gold, CEO/President/Plan Administrator of eToys on February 9th, 2005, held in conjunction with the eToys Bankruptcy Case at the direction of Her Honor Walrath, showing,

among other things, that Barry Gold is and has been an employee of TBF, and under direct, actual TBF direction, prior to and during his tenure as Wind-down Coordinator/President/CEO of eToys, prior to the Plan being approved by Her Honor Walrath.

Transcript of the Deposition of Michael S. Fox, ESQ, TBF, on February 9th, 2005, held in conjunction with the eToys Bankruptcy Case at the direction of Her Honor Walrath.

Transcript of the Deposition of Paul Traub, ESQ, TBF, on February 9th, 2005, held in conjunction with the eToys Bankruptcy Case at the direction of Her Honor Walrath.

Transcript of the Deposition of Michael G. Busenkell, ESQ, MNAT, on February 9th, 2005, held in conjunction with the eToys Bankruptcy Case at the direction of Her Honor Walrath, showing that Mr. Busenkell has no regard and/or understanding of Rules governing attorney ethics in Federal Bankruptcy Court, that MNAT as a whole does not require attorney members of the MNAT Firm to know relevant, required, Law governing attorney ethics and Disclosure requirements, and other issues.

Documentation showing that the formation of ADA was by a third party, yet to be named, and not as a sole business venture between Barry Gold and Paul Traub (by their testimony).

Documentation from the New York Secretary of State's Office showing Traub, Bonacquist & Fox, LLP, has not been a Corporation in Good Standing in the State of New York since early in these eToys Bankruptcy proceedings, thereby bringing into question all fee applications filed by TBF under Rule 2016 and others. Their Corporate LLP status had been revoked on 2002-03-27.

Response by Barry Gold of January 25, 2005.

Response of the Post Effective Date Committee ("PEDC") of January 25, 2005

Response of TBF on January 25, 2005.

Motion(s) of Haas/CLI to disqualify & disgorge.

Motion(s) of Robert Alber to disqualify & disgorge.

US Trustee Motion to Settle TBF issue(s) of February 25, 2005.

All evidence introduced during the March 1st, 2005, Hearing before the Honorable Judge Mary F. Walrath.

Court allowed Deposition transcripts of Barry Gold (sic), Michael Fox, ESQ, Paul Traub, ESQ, and Michael Busenkell, taken February 9th, 2005.

Evidence submitted during the aforementioned Depositions taken February 9th, 2005.

# eToys Docket List In Order of Filing Date and/or Subject Matter

| | | |
|---|---|---|
| 2319 *Filed & Entered:* | | 10/04/2005 Opinion |

*Docket Text:* Opinion DENYING Motion of Collateral Logistics, Inc.; GRANTING IN PART and DENYING IN PART Motions of Robert Alber; APPROVING settlement between U.S. Trustee and Traub, Bonaquist, Fox LLP; APPROVING settlement with Goldman Sachs & Co. (related document(s)[2145], [2178], [2195], [2128], [2146], [2200] ) (CAF, )

| | | |
|---|---|---|
| 2320 *Filed & Entered:* | | 10/04/2005 Order |

*Docket Text:* Order DENYING Motion of Collateral Logistics, Inc.; GRANTING IN PART and DENYING IN PART Motions of Robert Alber; APPROVING settlement between U.S. Trustee and Traub, Bonaquist, Fox LLP; APPROVING settlement with Goldman Sachs & Co. (related document(s)[2145], [2178], [2195], [2128], [2146], [2200], [2319]) Order Signed on 10/4/2005. (CAF, )

| | | |
|---|---|---|
| 2251 *Filed & Entered:* | 04/08/2005 Order on Motion to Shorten Time |

*Docket Text:* Order Granting Expedited Consideration of Motion of Morris, Nichols, Arsht & Tunnell to Strike Untimely And Unauthorized Statement By Robert K. Alber.(Related Doc # [2249], [2248]) Order Signed on 4/8/2005. (LCN, )

| | | |
|---|---|---|
| 2250 *Filed & Entered:* | 04/07/2005 Notice of Service |

*Docket Text:* Notice of Service (related document(s)[2248], [2249] ) Filed by Morris, Nichols, Arsht & Tunnell (Abbott, Derek)

| | | |
|---|---|---|
| 2249 *Filed & Entered:* | 04/07/2005 Motion to Shorten Time (B) |
| *Terminated:* | 04/08/2005 |

*Docket Text:* Motion to Shorten Time *Motion For Expedited Consideration Of Motion to Strike Untimely And Unauthorized Statement By Robert K. Alber* (related document(s)[2248] ) Filed by Morris, Nichols, Arsht & Tunnell. (Attachments: # (1) Proposed Form of Order) (Abbott, Derek)

| | | |
|---|---|---|
| 2248 *Filed & Entered:* | 04/07/2005 Motion to Strike (B) |

*Docket Text:* Motion to Strike *Untimely And Unauthorized Statement By Robert K. Alber* Filed by Morris, Nichols, Arsht & Tunnell. (Attachments: # (1) Exhibit A# (2) Proposed Form of Order) (Abbott, Derek)

| | | |
|---|---|---|
| 2247 *Filed & Entered:* | 04/07/2005 Order on Motion to Shorten Time |

*Docket Text:* Order (REVISIONS BY THE COURT) Granting Expedited Considerartion of Barry Gold's Motion to Strike the Improper and Unauthorized Post-Hearing Statement of Robert K. Alber. (Related Doc # [2241]) Order Signed on 4/5/2005. (LCN, )

2246 *Filed & Entered:*                                    04/05/2005 Joinder

*Docket Text:* Joinder *And Statement In Support Of Motion By Barry Gold Seeking To Strike Unauthorized Statement Filed By Robert K. Alber* Filed by Morris, Nichols, Arsht & Tunnell (Attachments: # (1) Certificate of Service) (Abbott, Derek)

2245 *Filed & Entered:*                                    04/04/2005 Objection

*Docket Text:* Objection to *The Motion By Barry Gold Of 3/31/05, Etoys Docket 2242, Of Barry Gold's Expedited Motion Seeking To Strike Purported Unauthorized Statement Filed By Robert K. Alber Where Barry Gold's Motion Is Also Joined By Traub, Bonacquist & Fox* (related document(s)[2242], [2238], [2240] ) Filed by Robert Alber (ALC, )

2242 *Filed & Entered:*                                    03/31/2005 Motion to Join (B)

*Docket Text:* Motion to Join *and Statement in Support of Motion by Barry Gold Seeking to Strike Unauthorized Statement Filed by Robert K. Alber* (related document(s)[2240] ) Filed by Traub, Bonacquist & Fox. (Attachments: # (1) Exhibit A# (2) Affidavit of Service) (Fox, Steven)

2241 *Filed & Entered:*                                    03/31/2005 Motion to Shorten Time (B)
     *Terminated:*                                         04/07/2005

*Docket Text:* Motion to Shorten Time *Motion for Expedited Consideration of Barry Gold's Motion To Strike The Improper And Unauthorized Post-Hearing Statement Of Robert K. Alber* (related document(s)[2240] ) Filed by Barry Gold. (Attachments: # (1) Proposed Form of Order # (2) Certificate of Service) (Minuti, Mark)

2240 *Filed & Entered:*                                    03/31/2005 Motion to Strike (B)

*Docket Text:* Motion to Strike *Barry Gold's Motion To Strike The Improper And Unauthorized Post-Hearing Statement Of Robert K. Alber* (related document(s)[2238] ) Filed by Barry Gold. (Attachments: # (1) Exhibit A# (2) Proposed Form of Order # (3) Certificate of Service) (Minuti, Mark)

2239 *Filed:*                                              03/30/2005 Statement (B)
     *Entered:*                                            03/31/2005

*Docket Text:* Statement *By Robert K. Alber, Etoys Shareholder, Disproving Specious Defense By Morris, Nichols, Arsht & Tunnell (MNAT), Etoys Debtors Counsel, That Multiple Failures To Disclose By MNAT Are Isolated Events, That The Aforementioned Multiple Failures To Disclose By MNAT Are In Fact, A Pattern Of Deceipt And Fraud Upon The Court And Etoys Equity Security Holders That Has Gone Unchecked Even During These Criminal Hearings, And Additionally That MNAT Is, In Fact, Harming The Etoys Estate By Their Failure To Pursue Preferential Claims, And By Defending Admitted Wrongdoing By Traub, Bonacquist & Fox, LLP (TB&F) And Plan Administrator Barry Gold (Gold), Thereby Not Fulfilling Their Fiduciary Duties To The Etoys Estate.* Filed by Robert Alber (ALC, )

| 2238 | *Filed:* | 03/28/2005 | Statement (B) |
| | *Entered:* | 03/29/2005 | |

*Docket Text:* *Strikcn* (see Orders Entered[Doc. Nos.2241,2251]) Statement *By Robert K. Alber, Concerning The March 1, 2005 Hearing Where The Court Has Taken Matters Under Advisement Whereby Specifically Case Log And Delaware History Was To Be Researched Concerning Removal Of Barry Gold As Plan Administrator For Failure To Apply And Failure To Disclose Paul Traub Relationship Or Relationship With The Firm Of Traub Bonacquist & Fox* (related document(s)[2228], [2211], [2213] ) Filed by Robert Alber (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit# (5) Exhibit E# (6) Exhibit F# (7) Exhibit G# (8) Exhibit H# (9) Exhibit I# (10) Exhibit J# (11) Exhibit K# (12) Exhibit L# (13) Exhibit M# (14) Exhibit N) (ALC, ) Modified on 4/12/2005 (ALC, ).

| 2231 | *Filed:* | 03/15/2005 | Response (B) |
| | *Entered:* | 03/16/2005 | |

*Docket Text:* Response By *Robert K. Alber To Supplemental Response Of MNAT, Etoys Debtors Counsel, Which Is A Response To Requesting Disqualification Of MNAT, Disgorgement Of Compensation Paid To MNAT For Services Rendered, Sanctions, And Other Relief, For Not Disclosing The Fact That They, MNAT Had Not Disclosed Their Relationship With Goldman Sachs (GS) And General Electric (GECC)* (related document(s)[2178], [2220] ) Filed by Robert K. Alber (ALC, )

| 2229 | *Filed & Entered:* | 03/15/2005 | Answer to Complaint (A) |

*Docket Text:* Response Of EBC I, Inc., f/k/a Etoys, Inc., Reorganized Debtor, To Supplemental Statement Of Robert K. Alber (related document(s)[2222] ) Filed by EBC I, Inc., f/k/a eToys, Inc. (related document(s)[2222]). (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Certificate of Service) (Werkheiscr, Gregory) Modified on 3/16/2005 (ALC, ).[edited to read response]

| 2228 | *Filed & Entered:* | 03/15/2005 | Transcript |

*Docket Text:* Transcript Of Trial Held On March 1, 2005 at 9:34 a.m.(related document(s)[2211] ) (Attachments: # (1) Transcript Continued) (ALC, )

| 2227 | *Filed & Entered:* | 03/15/2005 | Response (B) |

*Docket Text:* Response to *Barry Gold's Response To Robert K. Alber's Joining Of United States Trustee's Motion For Disgorgement (Docket No. 2221) And Supplemental Statement (Docket No. 2222) (related to docket [2145] [2146] [2221] [2222]* Filed by Barry Gold (Attachments: # (1) Certificate of Service) (Minuti, Mark)

| 2226 | *Filed & Entered:* | 03/15/2005 | Response (B) |

*Docket Text:* Response to *(A) In Support Of U.S. Trustees Motion Seeking Approval Of A Settlement With Traub, Bonacquist & Fox LLP, And (B) In Opposition To (i) Supplemental Statement And Joinder In U.S. Trustee Sanctions Motion Filed By Robert K. Alber, (ii) Limited Joinder And Response Of Collateral Logistics, Inc. And Steve Haas To The U.S. Trustees Motion For Disgorgement And (iii) Response Of Steve Haas President Of Collateral Logistics, Inc.* (related document(s)[2145] ) Filed by Traub, Bonacquist & Fox (Attachments: # (1) Affidavit of Service) (Fox, Steven)

2225 *Filed & Entered:*    03/15/2005    Reply (A)

*Docket Text:* Reply *to Pleadings Filed by Robert Alber at Docket No. 2221 and 2222* (related document(s)[2222], [2221] ) Filed by United States Trustee (Attachments: # (1) Certificate of Service) (Kenney, Mark)

2222 *Filed & Entered:*    03/09/2005    Supplement (B)

*Docket Text:* Supplemental Statement *By Robert K. Alber, eToys Shareholder, Requesting The Court Impose Harsher Sanctions On TB&F And Disqualify Barry Gold As Plan Administrator.* (related document(s)[2213], [1306] ) Filed by Robert Alber (ALC, )

2221 *Filed & Entered:*    03/09/2005    Statement (B)

*Docket Text:* Statement *Of Robert Alber Joining Inter Alia The United States Trustee's Motion For Entry Of Order Directing Disgorement Of Fees Paid To Traub Bonacquist & Fox, LLP, et al For Services Rendered As Counsel To Official Committee Of Unsecured Creditors With This One Week Response To The Hearing Of March 1, 2005 And The New Evidence Issues* (related document(s)[2195] ) Filed by Robert Alber (Attachments: # (1) Attachment) (ALC, )

2220 *Filed & Entered:*    03/08/2005    Response (B)

*Docket Text:* Supplemental Response to *Motion of Robert K. Alber for Disqualification of Morris Nichols Arsht & Tunnell as Counsel to Reorganized Debtor, Disgorgement of Compensation and Other Relief* (related document(s)[2178] ) Filed by ETOYS, Inc., A Delaware Corporation (Attachments: # (1) Certificate of Service) (Abbott, Derek)

2216 *Filed:*    03/01/2005    Response (B)
     *Entered:*    03/03/2005

*Docket Text:* Response *Of Steve Haas President Of Collateral Logistics, Inc. To The Offer To Compromise And/Or Settle The Traub Bonaquist & Fox Along With Barry Gold And Other Related Matters With Broad Indemnification Language Presented That Is Hereby Objected To As Being Far To Lenient* (related document(s)[2173] ) Filed by Collateral Logistics, Inc. (ALC, )

2215 *Filed:*    03/01/2005    Response (B)
     *Entered:*    03/03/2005

*Docket Text:* Response Of *Steve Haas President Of Collateral Logistics, Inc. Morris Nichols Arsht & Tunnel On January 25th 2005 Along With Their Relative Response In Feb. To The Motion Of Steve Haas And Collateral Logistics And The Separate Motion Of Robert Alber An Etoys Shareholder Which Requested Emergency Actions Of The Court In The Etoys Matter Due To Fraud And Failure To Disclose Along With Other Actions On December 22, 2004 Including Sanctions Of Disqualification Disgorgement And The Appointment Of An Examiner Or Other Measures That The Court Deem Appropriate Specifically To Assure Good Faith Compliance To The Plan By Debtor Under The Code To Correct Matters Of Fraud On Disclosure* (related document(s)[2193] ) Filed by Collateral Logistics, Inc. (ALC, )

| 2214 | *Filed:* | 03/01/2005 | Response (B) |
| | *Entered:* | 03/03/2005 | |

*Docket Text:* Response Of *Steve Haas President Of Collateral Logistics, Inc. To Barry Gold's Response On January 25th, 2005 To The Motion Of Steve Haas And Collateral Logistics And The Separate Motion Of Robert Alber An Etoys Shareholder Which Requested Emergency Actions Of The Court In The Etoys Matter Due To Fraud And Failure To Disclose Along With Other Actions On December 22nd 2004 Including Sanctions Of Disqulification Disgorgement And The Appointment Of An Examiner Or Other Measures That The Court Deem Appropriate Under The Code To Correct Matters* (related document(s)[2145], [2146], [2169] ) Filed by Collateral Logistics, Inc. (ALC, )

| 2213 | *Filed:* | 03/01/2005 | Hearing Held/Court Sign-In Sheet |
| | *Entered:* | 03/02/2005 | |

*Docket Text:* Hearing Held/Court Sign-In Sheet (related document(s)[2204], [2211] ) (DKF, )

| 2212 | *Filed:* | 03/01/2005 | Response (B) |
| | *Entered:* | 03/02/2005 | |

*Docket Text:* Limited Joiner And Response Of *Collateral Logisitics, Inc. And Steve Haas To The United States Trustee's Motion For Disgorgement And Earlier Statements Of Disqualification Of The Firm Of Traub Bonaquist And Fox Along With Replacement Of Barry Gold As Plan Administrator And Disqualification And Disgorgement Of The Firm Of Morris Nichols Arsht & Tunnel* (related document(s)[2195] ) Filed by Collateral Logistics, Inc. (ALC, )

| 2211 | *Filed & Entered:* | 02/28/2005 | Notice of Matters Scheduled for Hearing (B) |

*Docket Text:* Amended Notice of Agenda of Matters Scheduled for Hearing *Second Amended Agenda for Matters Scheduled for Trial* Filed by Post-Effective Date Committee of Unsecured Creditors Hearing scheduled for 3/1/2005 at 09:30 AM (check with court for location). (Attachments: # (1) Certificate of Service) (Rosner, Frederick)

| 2206 | *Filed & Entered:* | 02/25/2005 | Notice of Matters Scheduled for Hearing (B) |

*Docket Text:* Amended Notice of Agenda of Matters Scheduled for Hearing *TRIAL* Filed by Post-Effective Date Committee of Unsecured Creditors Hearing scheduled for 3/1/2005 at 09:30 AM

(check with court for location). (Rosner, Frederick)

| 2204 | Filed & Entered: | 02/25/2005 | Notice of Matters Scheduled for Hearing (B) |
|---|---|---|---|

Docket Text: Notice of Agenda of Matters Scheduled for Hearing *TRIAL* Filed by Post-Effective Date Committee of Unsecured Creditors Hearing scheduled for 3/1/2005 at 09:00 AM (check with court for location). (Attachments: # (1) Certificate of Service) (Rosner, Frederick)

| 2202 | Filed & Entered: | 02/24/2005 | Motion to Shorten Time (B) |
|---|---|---|---|

Docket Text: Motion to Shorten Time *With Respect to United States Trustee's Motion to Approve Settlement of Motion for Entry of Order Directing Disgorgement of Fees Paid to Traub Bonacquist & Fox LLP for Services Rendered as Counsel to Official Committee of Unsecured Creditors* (related document(s)[2201] ) Filed by United States Trustee Hearing scheduled for 3/8/2005 at 03:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware. Objections due by 3/4/2005.. (Kenney, Mark)

| 2201 | Filed & Entered: | 02/24/2005 | Motion to Approve Compromise (B) |
|---|---|---|---|

Docket Text: Motion to Approve Compromise *(Motion to Approve Settlement of United States Trustee's Motion for Entry of Order Directing Disgorgement of Fees Paid to Traub Bonacquist & Fox LLP for Services Rendered as Counsel to Official Committee of Unsecured Creditors)* (related document(s)[2195] ) Filed by United States Trustee Hearing scheduled for 3/8/2005 at 03:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware. Objections due by 3/4/2005.. (Attachments: # (1) Exhibit A# (2) Notice # (3) Proposed Form of Order # (4) Certificate of Service) (Kenney, Mark)

| 2195 | Filed & Entered: | 02/15/2005 | Motion for Sanctions (B) |
|---|---|---|---|
| | Terminated: | 10/04/2005 | |

Docket Text: Motion For Sanctions *(United States Trustee's Motion for Entry of Order Directing Disgorgement of Fees Paid to Traub Bonacquist & Fox LLP for Services Rendered as Counsel to Official Committee of Unsecured Creditors)* Filed by United States Trustee Hearing scheduled for 3/8/2005 at 03:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware. Objections due by 2/28/2005.. (Attachments: # (1) Notice # (2) Proposed Form of Order # (3) Certificate of Service) (Kenney, Mark)

| 2194 | Filed: | 02/11/2005 | Response (B) |
|---|---|---|---|
| | Entered: | 02/14/2005 | |

Docket Text: Response to *and Reaffirmation of Emergency Requests Concerning Criminal and Civil Acts by Multiple Parties in the eToys Collective Cases* (related document(s)[2193] ) Filed by Collateral Logistics, Inc. (MDE, )

2193 *Filed & Entered:*            02/11/2005 Objection

*Docket Text:* Objection to *Motion Of Robert K. Alber For Disqualification Of Morris, Nichols, Arsht & Tunnell As Counsel To Reorganized Debtor, Disgorgement Of Compensation And Other Relief* Filed by Morris, Nichols, Arsht & Tunnell (Attachments: # (1) Exhibit 1 - Dehney Declaration# (2) Exhibit A to Dehney Declaration# (3) Exhibit B to Dehney Declaration# (4) Exhibit C to Dehney Declaration# (5) Exhibit D to Dehney Declaration# (6) Certificate of Service and Service List) (Abbott, Derek)

---

2191 *Filed:*                02/08/2005 Transcript
      *Entered:*            02/09/2005

*Docket Text:* Transcript of Hearing Held 2/1/2005 at 9:00 A.M. (related document(s)[2177]) (MDE, )

---

2182 *Filed:*    02/01/2005 Hearing Held/Court Sign-In Sheet
      *Entered:* 02/02/2005

*Docket Text:* Hearing Held/Court Sign-In Sheet (related document(s)[2177] ) (DKF, )

---

2181 *Filed:*                01/31/2005 Letter
      *Entered:*            02/01/2005

*Docket Text:* Letter To The Court As Notification And Complaint Regarding Service Of Documents Not Received Timely. Filed by Robert K. Alber (ALC, )

---

2178 *Filed:*                01/25/2005 Motion to Allow (B)
      *Entered:*            01/28/2005

*Docket Text:* Motion to Allow *That An Official Investigation Be Initiated By The Court, The U.S. Trustees Office, And/Or The SEC Into Violations Of Code (a) And Rule 2014, And Others, And Request That Sanctions, Disgorgement Of Fees And The Immediate Removal Of Debtors Counsel As Represented By Robert Dehney, Michael Busenkell, Gregory Werkheiser And Morris, Nichols, Arsht, Arsht & Tunnell (MNAT), Among Others, Be Effected Immediately* Filed by Robert K. Alber Hearing scheduled for 2/1/2005 at 09:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.. (Attachments: # (1) Statement Of Fact# (2) Proposed Form of Order # (3) Proposed Form of Order # (4) Proposed Form of Order # (5) Proposed Form of Order) (ALC, )

---

2177 *Filed & Entered:*           01/27/2005 Notice of Matters Scheduled for Hearing (B)

*Docket Text:* Notice of Agenda of Matters Scheduled for Hearing Filed by Post-Effective Date Committee of Unsecured Creditors Hearing scheduled for 2/1/2005 at 09:00 AM (check with court for location). (Attachments: # (1) Certificate of Service) (Rosner, Frederick)

---

2166 *Filed:*      01/21/2005 Hearing Held/Court Sign-In Sheet
      *Entered:*     01/24/2005

*Docket Text:* Hearing Held/Court Sign-In Sheet. (related document(s)[2164] ) (BMG, )

| 2151 | *Filed & Entered:* | 01/04/2005 | Transcript |
|------|--------------------|------------|------------|

*Docket Text:* Transcript of Hearing held on December 22, 2004 before the Honorable Mary F. Walrath. (related document(s)[2144] ) (BJM)

| 2146 | *Filed & Entered:* | 12/22/2004 | Motion to Allow (B) |
|------|--------------------|------------|---------------------|
|      | *Terminated:*      | 10/04/2005 |                     |

*Docket Text:* Motion to Allow *Facts In Evidence, To Disqualify Traub Bonaquist & Fox As Council For Creditors Committee, Request To Remove Barry Gold* Filed by Collateral Logistics, Inc. Hearing scheduled for 12/22/2004 at 11:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware.. (ALC, )

| 2145 | *Filed:*       | 12/20/2004 | Motion to Allow (B) |
|------|----------------|------------|---------------------|
|      | *Entered:*     | 12/22/2004 |                     |
|      | *Terminated:*  | 10/04/2005 |                     |

*Docket Text:* Motion to Allow *An Official Investigation, Request That Sanctions, Disgorgement Of Fees and the Immediate Removal Of Barry Gold, Paul Traub, Michael Fox And Traub, Bonacquist, & Fox Among Others, Be Effected Immediately* Filed by Robert K. Alber Hearing scheduled for 12/22/2004 at 11:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware.. (ALC, ) Additional attachment(s) added on 12/29/2004 (ALC, ). Additional attachment(s) added on 12/29/2004 (ALC, ).

| 2141 | *Filed:*   | 12/14/2004 | Objection |
|------|------------|------------|-----------|
|      | *Entered:* | 12/15/2004 |           |

*Docket Text:* Objection to *PEDC Motion To Settle With Goldman Sachs And Request For Court Action Of Sanctions And Removal Per Rule Due To Failure To Disclose And Possible Fraud* (related document(s)[2128] ) Filed by Collateral Logistics, Inc. (ALC, )

| 2138 | *Filed & Entered:* | 12/15/2004 | Objection |
|------|--------------------|------------|-----------|

*Docket Text:* Objection to *the Proposed Goldman-Sachs Settlement.* (related document(s)[2128] ) Filed by Robert Alber (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit D# (4) Certificate of Service) (BMG, )

| 2126 | *Filed:*   | 11/19/2004 | Response (B) |
|------|------------|------------|--------------|
|      | *Entered:* | 11/24/2004 |              |

*Docket Text:* Response to *The Limited Response Of Fredrick Rosner To The Michael H. Weiss Motion Of Fainsbert Mase & Snyder, LLP To Withdraw As Council To Collateral Logistics, Inc. And Request By Collateral Logistics, Inc. For Removal Of Debtor In Possession And Appointment Of A Trustee* (related document(s)[2108] ) Filed by Collateral Logistics, Inc. (ALC, )

---

1492 *Filed & Entered:*                                         12/20/2002 Application for Compensation

*Docket Text:* Final Application for Compensation *(Fourth and Final)* for Irell & Manella LLP, Debtor's Attorney, period: 3/7/2001 to 11/1/2002, fee: $, expenses: $. Filed by Irell & Manella LLP. Hearing scheduled for 1/23/2003 at 11:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 1/9/2003. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Certificate of Service # (6) Service List) (Busenkell, Michael)

---

1483 *Filed & Entered:*                                         12/19/2002 Application for Compensation

*Docket Text:* Application for Compensation / *Fifth and Final Fee Application of Richard Cartoon LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Professional Services Rendered and Reimbursement of Expenses During the Period From March 8, 2001 through November 1, 2002, Inclusive* for Official Committee of Unsecured Creditors, Other Professional, period: 3/8/2001 to 11/1/2002, fee: $164,392.00, expenses: $19,906.00. Filed by Sasha L. Azar, Official Committee of Unsecured Creditors. Hearing scheduled for 1/23/2003 at 11:30 AM (check with court for location). Objections due by 1/10/2002. (Attachments: # (1) Notice of Application# (2) Proposed Form of Order # (3) Certificate of Service and Service List) (Azar, Sasha)

---

| 1394 | *Filed:* | 11/04/2002 | Transcript |
| | *Entered:* | 11/06/2002 | |

*Docket Text:* Transcript Regarding Hearing Held On October 16, 2002 (VIB, )

---

| 1387 | *Filed:* | 11/01/2002 | Hearing Held/Court Sign-In Sheet |
| | *Entered:* | 11/05/2002 | |

*Docket Text:* Hearing Held/Court Sign-In Sheet (related document(s)[1380]) . (LMC, )

---

| 1382 | *Filed:* | | 10/31/2002 | Motion to Allow (B) |
| | *Entered:* | | 11/01/2002 | |
| | *Terminated:* | | 11/04/2002 | |

*Docket Text:* Motion to Allow *EBC 1, Inc. f/k/a eToys, Be Assigned To The Etoys Shareholders Group* Filed by pro se Robert Alber. (VIB, )

---

| 1381 | *Filed:* | | 10/31/2002 | Motion to Allow (B) |
| | *Entered:* | 11/01/2002 | | |
| | *Terminated:* | 11/04/2002 | | |

*Docket Text:* Motion For Hold And Abatement Filed by pro se Robert Alber. (VIB, )

---

| 1373 | *Filed & Entered:* | | 10/30/2002 | Objection |

*Docket Text:* Objection to *The Plan and Confirmation Statement As Proposed In Docket # [1336, 1148]* Filed by pro se Robert Alber. (VIB, )

---

| 1372 | *Filed & Entered:* | | 10/30/2002 | Motion to Allow (B) |
| | *Terminated:* | | 11/04/2002 | |

*Docket Text:* Motion For Discovery Regarding The Tapes And/Or Transcripts Of The October 16th, 2002 Hearing Filed by pro se Robert Alber. (VIB, )

---

| 1371 | *Filed & Entered:* | | 10/30/2002 | Motion to Allow (B) |
| | *Terminated:* | | 11/04/2002 | |

*Docket Text:* Motion For Discovery Regarding The ETYS (Q)Shareholders List Filed by pro se Robert Alber. (VIB, )

---

| 1368 | *Filed:* | 10/29/2002 | Motion to Allow (B) |
| | *Entered:* | 10/30/2002 | |
| | *Terminated:* | 11/04/2002 | |

*Docket Text:* Motion For Discovery Filed by pro se Robert Alber. (VIB, )

---

| 1360 | *Filed & Entered:* | 10/24/2002 | Application for Compensation |

*Docket Text:* Application for Compensation *(TWELFTH)* for Morris, Nichols, Arsht & Tunnell, Debtor's Attorney, period: 8/1/2002 to 8/31/2002, fee: $, expenses: $. Filed by Morris, Nichols, Arsht & Tunnell. Objections due by 11/13/2002. (Attachments: # (1) Notice # (2) Proposed Form of Order # (3) Exhibit A# (4) Exhibit B# (5) Exhibit C# (6) Certificate of Service) (Busenkell, Michael)

---

| 1359 | *Filed & Entered:* | 10/23/2002 | Application for Compensation |

*Docket Text:* Application for Compensation *Eighteenth Monthly Application of Traub, Bonacquist & Fox LLP, as General Counsel to the Official Committee of Unsecured Creditors, for an Allowance of Compensation And Reimbursement of Out-of-pocket Expenses for the Period September 1, 2002 Through September 30, 2002, Inclusive.* Filed by Traub, Bonacquist & Fox. Objections due by 11/12/2002. (Attachments: # (1) Notice# (2) Local Form 101# (3) Local Form 102# (4) Rule 2016 Affidavit# (5) Exhibit A# (6) Exhibit B# (7) Exhibit C# (8) Exhibit D# (9) Exhibit E# (10) Affidavit of Service) (Fox, Michael)

---

| 1337 | *Filed:* | 10/16/2002 | Hearing Held/Court Sign-In Sheet |
| | *Entered:* | 10/21/2002 | |

*Docket Text:* Hearing Held/Court Sign-In Sheet (related document(s)[1314]) . (LMC, )

---

| 1335 | *Filed & Entered:* | 10/18/2002 | Interim Professional Compensation (B) |

*Docket Text:* Interim Application for Interim Professional Compensation *Sixth Quarterly Interim*

*Application of Traub, Bonacquist & Fox, LLP as Counsel to the Official Committee of Unsecured Creditors, for an Allowance of Compensation and Reimbursement of Out-of-Pocket Expenses for the Period June 1, 2002 through August 31, 2002, Inclusive.* Filed by Traub, Bonacquist & Fox. Objections due by 11/7/2002. (Attachments: # (1) Notice# (2) Local Form 101# (3) Local Form 102# (4) Rule 2016 Affidavit# (5) Exhibit A# (6) Exhibit B# (7) Exhibit C - June, 2002 Time# (8) Exhibit C - July, 2002 Time# (9) Exhibit C - August, 2002 Time# (10) Exhibit D - June, 2002 Disbursements# (11) Exhibit D - July, 2002 Disbursements# (12) Exhibit D - August, 2002 Disbursements# (13) Exhibit E# (14) Exhibit F# (15) Affidavit of Service) (Traub, Paul)

---

1312 *Filed & Entered:*                                      10/11/2002 Affidavit

*Docket Text:* Affidavit Re: *Declaration of Barry Gold in Support of Confirmation of First Amended Consolidated Liquidating Plan of Reorganization of EBC I, Inc., f/k/a eToys, Inc., and Its Affiliated Debtors and Debtors In Possession [1142]* Filed by ETOYS, INC., A DELAWARE CORPORATION. (Werkheiser, Gregory)

---

1300 *Filed & Entered:*                                10/07/2002 Application for Compensation

*Docket Text:* Application for Compensation *Seventeenth Monthly Interim Application* for Traub, Bonacquist & Fox, Creditor Comm. Aty, period: 8/1/2002 to 8/31/2002, fee: $52,335.50, expenses: $1,364.30. Filed by Traub, Bonacquist & Fox. Objections due by 10/28/2002. (Attachments: # (1) Notice# (2) Local Form 101# (3) Local Form 102# (4) 2016 Affidavit# (5) Exhibit TBF Order# (6) Exhibit Biography# (7) Exhibit August 2002# (8) Exhibit Disbursements# (9) Exhibit PT Certification) (Traub, Paul)

---

1295 *Filed & Entered:*                                09/30/2002 Application for Compensation

*Docket Text:* Quarterly Application for Compensation *(SIXTH)* for Crossroads, LLC, Consultant, period: 6/1/2002 to 8/31/2002, fee: $, expenses: $. Filed by Crossroads, LLC. (Werkheiser, Gregory)

---

1283 *Filed & Entered:*                                09/25/2002 Application for Compensation

*Docket Text:* Application for Compensation *(EIGHTEENTH)* for Crossroads, LLC, Consultant, period: 8/1/2002 to 8/31/2002, fee: $, expenses: $. Filed by Crossroads, LLC. Objections due by 10/15/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Certificate of Service) (Werkheiser, Gregory)

---

1246 *Filed & Entered:*                                09/18/2002 Application for Compensation

*Docket Text:* First Application for Compensation *of Jaspan Schlesinger Hoffman LLP, as Co-Counsel to The Official Committee of Unsecured Creditors, for Compensation for Professional Services Rendered and for Reimbursement of Expenses During The Period from June 17, 2002 Through August 31, 2002* for Frederick B. Rosner, Creditor Comm. Aty, period: 6/17/2002 to 8/31/2002, fee: $10,170.50, expenses: $7.50. Filed by Frederick B. Rosner. Objections due by 10/8/2002. (Attachments: # (1) Notice of First Monthly Fee Application# (2) Exhibit A# (3) Certificate of Service and Service List) (Rosner, Frederick)

| 1232 | *Filed & Entered:* | 09/13/2002 | Application to Employ (B) |

*Docket Text:* Application to Employ *Debtors' Supplemental Application For An Order, Pursuant To Sections 327(a) And 328(a) Of The Bankruptcy Code And Fed. R. Bankr. P. 2014, Expanding The Scope Of The Employment And Retention Of Ernst & Young LLP As Tax Accountants, Nunc Pro Tunc To August 27, 2002 And Approving The Terms Of Engagement Letter Dated August 22, 2002* Filed by ETOYS, INC., A DELAWARE CORPORATION. Objections due by 9/30/2002. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Proposed Form of Order # (4) Notice # (5) Certificate of Service # (6) Service List) (Busenkell, Michael)

| 1201 | *Filed & Entered:* | 08/23/2002 | Application for Compensation |

*Docket Text:* Application for Compensation *(ELEVENTH)* for Morris, Nichols, Arsht & Tunnell, Debtor's Attorney, period: 7/1/2002 to 7/31/2002, fee: $31,031.50, expenses: $7,427.67. Filed by Morris, Nichols, Arsht & Tunnell. Objections due by 9/12/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Proposed Form of Order # (6) Certificate of Service) (Busenkell, Michael)

| 1189 | *Filed & Entered:* | 08/21/2002 | Application for Compensation |

*Docket Text:* Monthly Application for Compensation *for Services Rendered and Expenses* for Traub, Bonacquist & Fox, Creditor Comm. Aty, period: 7/1/2002 to 7/31/2002, fee: $62,417.50, expenses: $1,375.42. Filed by Traub, Bonacquist & Fox. Objections due by 9/10/2002. (Attachments: # (1) Notice# (2) Local Form 101# (3) Local Form 102# (4) 2016 Affidavit# (5) Exhibit Retention Order# (6) Exhibit B - Bio# (7) Exhibit C - July Time# (8) Exhibit D - July Disbursements# (9) Exhibit E - Certification of professional# (10) Affidavit of Service) (Traub, Paul)

| 1161 | *Filed & Entered:* | 08/14/2002 | Disclosure Statement |

*Docket Text:* Disclosure Statement *(NOTICE OF FILING CONFORMED DISCLOSURE STATEMENT)* Filed by ETOYS, INC., A DELAWARE CORPORATION. (Attachments: # (1) Attachment Disclosure Statement# (2) Exhibit A to Disclosure Statement - Plan)(Werkheiser, Gregory)

| 1157 | *Filed:* | 07/31/2002 | Order |
|      | *Entered:* | 08/13/2002 | |

*Docket Text:* Order Pursuant to 11 U.S.C. Section 107(b) and Fed. R. Bankr. P. 9018 Authorizing Debtors To File Exhibit 2 To Declaration Of David Gatto Re Service Of Notice Of Commencement Of Cases Under Chapter 11, Meeting Of Creditors & Deadlines Under Seal. Signed on 7/31/2002 (related document(s)[412]). (NAA)

| 1155 | *Filed & Entered:* | 08/12/2002 | Interim Professional Compensation (B) |

*Docket Text:* Application for Interim Professional Compensation *Application Of Crossroads, LLC For*

*Seventeenth Fee Interim Allowance Of Compensation And Reimbursement Of Expenses For The Period From July 1, 2002 To July 31, 2002.* Filed by Crossroads, LLC. Objections due by 9/3/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Certificate of Service # (8) Service List) (Werkheiser, Gregory)

---

1140 *Filed & Entered:*                08/07/2002 Interim Professional Compensation (B)

*Docket Text:* Application for Interim Professional Compensation *Fifth Quarterly Interim Application of Traub, Bonacquist & Fox LLP, as General Counsel to the Official Committee of Unsecured Creditors, for an Allowance of Compensation and Reimbursement of Out-of-Pocket Expenses for the Period March 1, 2002 through May 31, 2002, Inclusive.* Filed by Traub, Bonacquist & Fox. Objections due by 8/27/2002. (Attachments: # (1) Notice # (2) Local Form 101# (3) Local Form 102# (4) Rule 2016 Affidavit# (5) Exhibit A# (6) Exhibit B# (7) Exhibit C - Part 1# (8) Exhibit C - Part 2# (9) Exhibit C - Part 3# (10) Exhibit D - Part# (11) Exhibit D - Part 2# (12) Exhibit D - Part 3# (13) Exhibit E# (14) Exhibit F# (15) Affidavit of Service) (Fox, Michael)

---

1139 *Filed:*            08/05/2002 Hearing Held/Court Sign-In Sheet
     *Entered:*      08/06/2002

*Docket Text:* Hearing Held/Court Sign-In Sheet (related document(s)[1123]) . (LMC, )

---

1131 *Filed & Entered:*                08/02/2002 Interim Professional Compensation (B)

*Docket Text:* Application for Interim Professional Compensation *for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from December 1, 2001 through May 31, 2002, Inclusive.* Filed by Michael S. Fox. Objections due by 8/22/2002. (Attachments: # (1) Notice # (2) Affidavit of Service) (Fox, Michael)

---

1125 *Filed & Entered:*                08/01/2002 Application for Compensation

*Docket Text:* Application for Compensation *(THIRD QUARTERLY)* for Irell & Manella LLP, Debtor's Attorney, period: 9/1/2001 to 12/31/2001, fee: $57,698.26, expenses: $4,328.34. Filed by Irell & Manella LLP. Objections due by 8/21/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Proposed Form of Order # (7) Certificate of Service) (Werkheiser, Gregory)

---

1124 *Filed & Entered:*                08/01/2002 Application for Compensation

*Docket Text:* Application for Compensation *(SECOND QUARTERLY)* for Irell & Manella LLP, Debtor's Attorney, period: 6/1/2001 to 8/31/2001, fee: $87,535.06, expenses: $8,094.72. Filed by Irell & Manella LLP. Objections due by 8/21/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Proposed Form of Order # (7) Certificate of Service) (Werkheiser, Gregory)

---

1119 *Filed:*                                07/29/2002 Letter

| *Entered:* | 07/30/2002 |
|---|---|

*Docket Text:* Letter in reference to doc (s) [1087], [1088], [1088], [1089] regarding Plan of Reorganization Filed by Robert K. Alber (related document(s)[1042]) . (SDA, )

---

| 1118 | *Filed:* | 07/29/2002 | Letter |
|---|---|---|---|
|  | *Entered:* | 07/30/2002 |  |

*Docket Text:* Letter of Objection requesting Portions of document be added to Plan Filed by Robert K. Alber, et. al. (related document(s)[1042]) . (SDA, )

---

| 1113 | *Filed & Entered:* | 07/29/2002 | Interim Professional Compensation (B) |
|---|---|---|---|

*Docket Text:* Quarterly Application for Interim Professional Compensation *(FIFTH)* for Morris, Nichols, Arsht & Tunnell, Debtor's Attorney, period: 3/1/2002 to 5/31/2002, fee: $, expenses: $. Filed by Morris, Nichols, Arsht & Tunnell. Hearing scheduled for 8/26/2002 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. (Busenkell, Michael)

---

| 1112 | *Filed & Entered:* | 07/29/2002 | Application for Compensation |
|---|---|---|---|

*Docket Text:* Application for Compensation *(SIXTEENTH)* for Crossroads, LLC, Accountant, period: 6/1/2002 to 6/30/2002, fee: $69,734.00, expenses: $910.10. Filed by Crossroads, LLC. Objections due by 8/19/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Certificate of Service) (Werkheiser, Gregory)

---

| 1106 | *Filed & Entered:* | 07/25/2002 | Application for Compensation |
|---|---|---|---|

*Docket Text:* Application for Compensation *Fifteenth Monthly Interim Application for an Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2002 through June 30, 2002, Inclusive.* Filed by Traub, Bonacquist & Fox. Objections due by 8/13/2002. (Attachments: # (1) Notice # (2) Local Form 101# (3) Local Form 102# (4) Rule 2016 Affidavit# (5) Exhibit A# (6) Exhibit B# (7) Exhibit C# (8) Exhibit D# (9) Exhibit E# (10) Affidavit of Service) (Fox, Michael)

---

| 1100 | *Filed & Entered:* | 07/22/2002 | Application for Compensation |
|---|---|---|---|

*Docket Text:* Application for Compensation *(NINTH)* for Morris, Nichols, Arsht & Tunnell, Debtor's Attorney, period: 5/1/2002 to 5/31/2002, fee: $27,231.50, expenses: $3,404.54. Filed by Morris, Nichols, Arsht & Tunnell. Objections due by 8/12/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Certificate of Service) (Busenkell, Michael)

---

| 1091 | *Filed & Entered:* | 07/17/2002 | Interim Professional Compensation (B) |
|---|---|---|---|

*Docket Text:* Interim Application for Interim Professional Compensation *Fifth Quarterly* for Crossroads, LLC, Other Professional, period: 3/1/2002 to 5/31/2002, fee: $140,905.60, expenses: $2,581.70. Filed by Crossroads, LLC. (Werkheiser, Gregory)

| 1081 | *Filed & Entered:* | 07/08/2002 | Application for Compensation |

*Docket Text:* Application for Compensation *(EIGHTH)* for Morris, Nichols, Arsht & Tunnell, Debtor's Attorney, period: 4/1/2002 to 4/30/2002, fee: $21,032.50, expenses: $3,472.08. Filed by Morris, Nichols, Arsht & Tunnell. Objections due by 7/29/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Certificate of Service) (Busenkell, Michael)

| 1076 | *Filed:* | 06/27/2002 | Order |
|      | *Entered:* | 06/28/2002 | |

*Docket Text:* Order Granting In Part, Denying In Part the Third Quarterly Interim Application For Compensation & Reimbursement Of Expenses for Traub, Bonacquist & Fox, LLP, Fees Awarded: $233,657.50, Expenses Awarded: $5,879.49 (Related Doc #[845]). Order Signed on 6/27/2002. (TAS, ) Modified on 7/1/2002 (NAA).

| 1075 | *Filed:* | 06/27/2002 | Order |
|      | *Entered:* | 06/28/2002 | |

*Docket Text:* Order Granting In Part, Denying In Part the Second Interim Fee Application For Compensation & Reimbursement Of Expenses of Morris Nichols Arsht & Tunnell, (Related Doc #[932]). Fees Awarded: $316,534.50, Expenses Awarded: $72,011.47. Signed on 6/27/2002. (TAS, ) Modified on 7/1/2002 (NAA, ).

| 1066 | *Filed & Entered:* | 06/26/2002 | Application for Compensation |

*Docket Text:* Application for Compensation *(FIFTEENTH)* for Crossroads, LLC, Accountant, period: 5/1/2002 to 5/31/2002, fee: $63,932.00, expenses: $867.89. Filed by Crossroads, LLC. Objections due by 7/16/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Certificate of Service) (Werkheiser, Gregory)

| 1064 | *Filed:* | 06/17/2002 | Notice to Substitute Attorney (A) |
|      | *Entered:* | 06/25/2002 | |

*Docket Text:* Notice To Substitute Attorney *and Proposed Order by Substituting Berg & Parker, LLP instead of Jeffer, Mangels, Butler & Marmaro LLP (with Proof of Service attached)* Filed by David M. Wiseblood. (SDA, )

| 1034 | *Filed & Entered:* | 06/07/2002 | Application for Compensation |

*Docket Text:* Application for Compensation *(SEVENTH)* for Morris, Nichols, Arsht & Tunnell, Accountant, period: 3/1/2002 to 3/31/2002, fee: $33,877.50, expenses: $4,971.34. Filed by Morris, Nichols, Arsht & Tunnell. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Proposed Form of Order # (6) Certificate of Service) (Busenkell, Michael)

| 1029 | *Filed & Entered:* | 06/04/2002 | Interim Professional Compensation (B) |

*Docket Text:* Quarterly Application for Interim Professional Compensation *(FOURTH)* for Morris,

Nichols, Arsht & Tunnell, Debtor's Attorney, period: 12/1/2001 to 2/28/2002, fee: $127,984.00, expenses: $22,717.60. Filed by Morris, Nichols, Arsht & Tunnell (related document(s)[982]). Hearing scheduled for 7/17/2002 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. (Busenkell, Michael)

---

1026 *Filed & Entered:*                          06/03/2002 Application for Compensation

*Docket Text:* Monthly Application for Compensation *Fourteenth Monthly Application for the Period from April 1, 2002 through April 30, 2002* for Traub, Bonacquist & Fox, Creditor Comm. Aty, period: 4/1/2002 to 4/30/2002, fee: $67,332.00, expenses: $763.12. Filed by Traub, Bonacquist & Fox. Objections due by 6/24/2002. (Attachments: # (1) Notice # (2) Summary# (3) Local Form# (4) Rule 2016 Affidavit# (5) Exhibit A# (6) Exhibit B# (7) Exhibit C# (8) Exhibit D# (9) Exhibit E# (10) Affidavit of Service) (Traub, Paul)

---

1014 *Filed & Entered:*                          05/22/2002 Interim Professional Compensation (B)

*Docket Text:* Application for Interim Professional Compensation *Fourteenth Verified Application of Crossroads, LLC for Interim Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2002 Through April 30, 2002* for Gregory W. Werkheiser, Debtor's Attorney, period: 4/1/2002 to 4/30/2002, fee: $51,462.40, expenses: $752.01. Filed by Gregory W. Werkheiser. Objections due by 6/11/2002. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Notice # (7) Certificate of Service # (8) Service List) (Werkheiser, Gregory)

---

1003 *Filed & Entered:*                          05/17/2002 Application for Compensation

*Docket Text:* Application for Compensation *First Monthly Application of Cozen O'Connor, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses* for Shelley A. Kinsella, Creditor Comm. Aty, period: 2/19/2002 to 3/31/2002, fee: $4,213.00, expenses: $1,557.57. Filed by Shelley A. Kinsella. Objections due by 6/6/2002. (Attachments: # (1) Notice # (2) Exhibit "A"# (3) Exhibit "B"# (4) Certificate of Service) (Kinsella, Shelley)

---

1001 *Filed & Entered:*                          05/15/2002 Interim Professional Compensation (B)

*Docket Text:* Quarterly Application for Interim Professional Compensation *(Third Interim Fee Application Request)* for Morris, Nichols, Arsht & Tunnell, Debtor's Attorney, period: 9/1/2001 to 11/30/2001, fee: $196,104.50, expenses: $45,251.77. Filed by Morris, Nichols, Arsht & Tunnell (related document(s)[969]). Hearing scheduled for 7/17/2002 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. (Busenkell, Michael)

---

993 *Filed & Entered:*                          05/09/2002 Interim Professional Compensation (B)

*Docket Text:* Monthly Application for Interim Professional Compensation *Thirteenth Monthly Application of Traub, Bonacquist & Fox LLP for the Period from March 1, 2002 through March 31, 2002, Inclusive* for Paul Traub, Creditor Comm. Aty, period: 3/1/2002 to 3/31/2002, fee: $46,073.50,

expenses: $570.22. Filed by Paul Traub. Objections due by 5/29/2002. (Attachments: # (1) Notice # (2)
(Form 101)# (3) (Form 102)# (4) Affidavit Rule 2016# (5) Exhibit A# (6) Exhibit B# (7) Exhibit C# (8)
Exhibit D# (9) Exhibit E# (10) Affidavit of Service) (Traub, Paul)

---

988 *Filed & Entered:*                    04/30/2002 Application for Compensation

*Docket Text:* Application for Compensation *of Richard Cartoon, LLC, As Financial Advisor to the
Official Committee of Unsecured Creditors, For an Allowance of Compensation and Reimbursement of
out-of-Pocket Expenses for the Period February 1, 2002 through March 31, 2002, Inclusive
(Compensation - $3,164.00 and Expenses - $13.00).* Filed by Frederick B. Rosner. Objections due by
5/20/2002. (Attachments: # (1) Notice of Application# (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5)
Exhibit D# (6) Exhibit E# (7) Certificate of Service) (Rosner, Frederick)

---

984 *Filed & Entered:*                    04/25/2002 Interim Professional Compensation (B)

*Docket Text:* Application for Interim Professional Compensation *Verified Application of Crossroads,
LLC for Interim Allowance of Compensation and Reimbursement of Expenses for the Period from
March 1, 2002 Through March 31, 2002* Filed by ETOYS, INC., A DELAWARE CORPORATION.
Objections due by 5/15/2002. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit
D# (5) Exhibit E# (6) Notice # (7) Certificate of Service # (8) Service List) (Werkheiser, Gregory)

---

983 *Filed & Entered:*                    04/25/2002 Interim Professional Compensation (B)

*Docket Text:* Application for Interim Professional Compensation *Amended Verified Application of
Crossroads, LLC for Interim Allowance of Compensation and Reimbursement of Expenses for the
Period from February 1, 2002 Through February 28, 2002* Filed by ETOYS, INC., A DELAWARE
CORPORATION. Objections due by 5/15/2002. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3)
Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Notice # (7) Certificate of Service # (8) Service List)
(Werkheiser, Gregory)

---

982 *Filed & Entered:*                    04/24/2002 Application for Compensation

*Docket Text:* Application for Compensation *(SIXTH)* for Morris, Nichols, Arsht & Tunnell, Debtor's
Attorney, period: 12/1/2001 to 2/28/2002, fee: $127,984.00, expenses: $22,717.60. Filed by Morris,
Nichols, Arsht & Tunnell. Objections due by 4/14/2002. (Attachments: # (1) Notice # (2) Exhibit A#
(3) Exhibit B# (4) Exhibit C# (5) Certificate of Service) (Busenkell, Michael)

---

969 *Filed & Entered:*                    04/08/2002 Interim Professional Compensation (B)

*Docket Text:* Interim Application for Interim Professional Compensation *(Fifth Application)* Filed by
Morris, Nichols, Arsht & Tunnell. Objections due by 4/29/2002. (Attachments: # (1) Notice # (2)
Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Certificate of Service) (Busenkell, Michael)

---

962 *Filed & Entered:*                    04/04/2002 Interim Professional Compensation (B)

*Docket Text:* Quarterly Application for Interim Professional Compensation *(Fourth Interim*

- 20 -

*Application)* Filed by Traub, Bonacquist & Fox. Objections due by 4/24/2002. (Attachments: # (1) Notice of Application# (2) Summary Sheet# (3) Attachment B# (4) Rule 2016 Affidavit# (5) Exhibit A - Retention Order# (6) Exhibit B - Biography of Professionals# (7) Exhibit C - Time Records# (8) Exhibit D - Disbursements# (9) Exhibit E - Certification of Paul Traub# (10) Exhibit F - Proposed Order# (11) Affidavit of Service) (Traub, Paul)

| 960 | *Filed & Entered:* | 04/04/2002 | Application for Compensation |

*Docket Text:* Application for Compensation *of Twelfth Monthly Application* for Traub, Bonacquist & Fox, Creditor Comm. Aty, period: 2/1/2002 to 2/28/2002, fee: $36,649.50, expenses: $832.77. Filed by Traub, Bonacquist & Fox. Objections due by 4/24/2002. (Attachments: # (1) Notice of Application# (2) Summary Sheet# (3) Attachment B# (4) Rule 2016 Affidavit# (5) Exhibit A - Retention Order# (6) Exhibit B - Biography of Professionals# (7) Exhibit C - Time Records# (8) Exhibit D - Disbursements# (9) Exhibit E - Certification of Paul Traub# (10) Affidavit of Service) (Traub, Paul)

| 956 | *Filed & Entered:* | 04/01/2002 | Interim Professional Compensation (B) |

*Docket Text:* Quarterly Application for Interim Professional Compensation *(FOURTH INTERIM FEE APPLICATION REQUEST FOR THE PERIOD DECEMBER 1, 2001 THROUGH FEBRUARY 28, 2002)* Filed by Crossroads, LLC. (Attachments: # (1) Proposed Form of Order # (2) Exhibit A# (3) Certificate of Service # (4) Service List) (Werkheiser, Gregory)

| 949 | *Filed & Entered:* | 03/26/2002 | Application for Compensation |

*Docket Text:* Verified Application for Compensation for Crossroads, LLC, Accountant, period: 1/1/2002 to 1/31/2002, fee: $118,729.00, expenses: $1,552.40. Filed by Crossroads, LLC. (Attachments: # (1) Notice # (2) Certificate of Service # (3) Service List) (Werkheiser, Gregory)

| 940 | *Filed & Entered:* | 03/18/2002 | Application to Employ (B) |

*Docket Text:* Application to Employ *Application by the Official Committee of Unsecured Creditors for Authorization to Employ and Retain Cozen O'Connor as Co-Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc* Cozen O'Connor as Co-Counsel for the Official Committee of Unsecured Creditors Filed by Official Committee of Unsecured Creditors. (Attachments: # (1) Notice # (2) Proposed Form of Order # (3) Exhibit "A"# (4) Certificate of Service) (Kinsella, Shelley)

| 937 | *Filed & Entered:* | 03/13/2002 | Objection to Application (B) |

*Docket Text:* Objection to Application *United States Trustee's Limited Objection to the Debtors' Application for Authorization to Employ Ernst & Young LLP Nunc Pro Tunc to November 15, 2001* Filed by Mark S. Kenney (related document(s)[911]). (Attachments: # (1) Certificate of Service) (Kenney, Mark)

| 934 | *Filed & Entered:* | 03/12/2002 | Interim Professional Compensation (B) |

*Docket Text:* Quarterly Application for Interim Professional Compensation *(for the Period 3/7/01-*

*5/31/01* Filed by Irell & Manella LLP. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Proposed Form of Order # (6) Certificate of Service # (7) Service List) (Werkheiser, Gregory)

933 *Filed & Entered:*                    03/12/2002 Application for Compensation

*Docket Text:* Application for Compensation *of Eleventh Monthly Application* for Traub, Bonacquist & Fox, Creditor Comm. Aty, period: 1/1/2002 to 1/31/2002, fee: $74,362.00, expenses: $2,651.45. Filed by Traub, Bonacquist & Fox. Objections due by 4/1/2002. (Attachments: # (1) Notice of Application# (2) Summary Sheet# (3) Attachment B# (4) Rule 2016 Affidavit# (5) Exhibit A - Retention Order# (6) Exhibit B - Biography of Professsionals# (7) Exhibit C - Time Records# (8) Exhibit D - Disbursements# (9) Exhibit E - Certification of Paul Traub# (10) Affidavit of Service) (Traub, Paul)

932 *Filed & Entered:*                    03/08/2002 Interim Professional Compensation (B)

*Docket Text:* Quarterly Application for Interim Professional Compensation *(Second Interim Fee Application Request Relating to Document Numbers 720 and 869)* Filed by Morris, Nichols, Arsht & Tunnell. Hearing scheduled for 3/27/2002 at 10:30 AM at US District Court, 844 King St., Wilmington, Delaware. Objections due by 3/20/2002. (Attachments: # (1) Certificate of Service) (Busenkell, Michael)

928 *Filed & Entered:*                    03/07/2002 Application for Compensation

*Docket Text:* Application for Compensation *Eighth Interim Application of Richard Cartoon LLC, for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From December 1, 2001 Through January 31, 2002, Inclusive.* Filed by Shelley A. Kinsella. Objections due by 3/28/2002. (Attachments: # (1) Notice # (2) Exhibit "A"# (3) Exhibit "B"# (4) Exhibit "C"# (5) Exhibit "D"# (6) Exhibit "E"# (7) Certificate of Service) (Kinsella, Shelley)

899 *Filed & Entered:*                    02/08/2002 Motion to Authorize (B)

*Docket Text:* Motion to Authorize *Motion Of Debtors And Debtors In Possession For Order Pursuant to 11 U.S.C. Sections 105(a) And 363(b) Authorizing Certain Debtors To Enter Into And Consummate E-Mail Services Agreement With KBKids.com LLC* Filed by ETOYS, INC., A DELAWARE CORPORATION. Hearing scheduled for 2/28/2002 at 10:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 2/21/2002. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Notice # (4) Certificate of Service # (5) Service List # (6) Service List) (Werkheiser, Gregory)

890 *Filed & Entered:*                    02/05/2002 Application for Compensation

*Docket Text:* Application for Compensation *of Tenth Monthly Application.* Filed by Traub, Bonacquist & Fox. Objections due by 2/25/2002. (Attachments: # (1) Notice of Application# (2) Summary Sheet# (3) Attachment B# (4) Rule 2016 Affidavit# (5) Exhibit A - Retention Order# (6) Exhibit B - Biography of Professionals# (7) Exhibit C - Time Records# (8) Exhibit D - Disbursements# (9) Exhibit

E - Certification of Paul Traub# (10) Affidavit of Service) (Traub, Paul)

| 877 | *Filed & Entered:* | 01/31/2002 Application for Compensation |
|---|---|---|

*Docket Text:* Interim Application for Compensation *(TENTH)* for Crossroads, LLC, Accountant, period: 12/1/2001 to 12/31/2001, fee: $104,115.00, expenses: $1,282.41. Filed by Crossroads, LLC. (Attachments: # (1) Notice # (2) Certificate of Service # (3) Service List) (Busenkell, Michael)

| 873 | *Filed:* | 01/28/2002 Order |
|---|---|---|
| | *Entered:* | 01/29/2002 |

*Docket Text:* Order approving stipulation between debtors & debtors in possession and General Electric Capital Corporation relating to compromise of claims under lease. Signed on 1/28/2002 (related document(s)[868]). (TAS, )

| 869 | *Filed & Entered:* | 01/24/2002 Interim Professional Compensation (B) |
|---|---|---|

*Docket Text:* Application for Interim Professional Compensation *(Fourth)* Filed by Morris, Nichols, Arsht & Tunnell. Objections due by 2/13/2002. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Certificate of Service) (Busenkell, Michael)

| 868 | *Filed & Entered:* | 01/24/2002 Certification of Counsel |
|---|---|---|

*Docket Text:* Certification of Counsel *Re: Stipulation And Proposed Order Between Debtors And Debtors In Possession And General Electric Capital Corporation Relating To Compromise Of Claims Under Lease* Filed by ETOYS, INC., A DELAWARE CORPORATION. (Attachments: # (1) Attachment GE Capital Stipulation And Proposed Order# (2) Service List) (Busenkell, Michael)

| 865 | *Filed & Entered:* | 01/23/2002 Application for Compensation |
|---|---|---|

*Docket Text:* Application for Compensation *Third Interim (Quarterly) Application of Richard Cartoon LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for an Allowance of Compensation for Services Rendered and Reimbursement of Out-of-Pocket Expenses for the Period From September 1, 2001 Through November 30, 2001, Inclusive.* Filed by Frederick B. Rosner. Hearing scheduled for 2/28/2002 at 10:30 AM (check with court for location). Objections due by 2/11/2002. (Attachments: # (1) Notice # (2) Summary# (3) Exhibit "A"# (4) Exhibit "B"# (5) Exhibit "C"# (6) Exhibit "D"# (7) Exhibit "E"# (8) Exhibit "F") (Rosner, Frederick)

| 845 | *Filed & Entered:* | 01/14/2002 Interim Professional Compensation (B) |
|---|---|---|

*Docket Text:* Application for Interim Professional Compensation *of Third Quarterly Interim Application* Filed by Traub, Bonacquist & Fox. Objections due by 2/4/2002. (Attachments: # (1) Notice of Application# (2) Summary Sheet# (3) Attachment B# (4) Rule 2016 Affidavit# (5) Exhibit A -

Retention Order# (6) Exhibit B - Biography of Professionals# (7) Exhibit C - Time Records# (8) Exhibit D - Disbursements# (9) Exhibit E - Certification of Paul Traub# (10) Exhibit F - Proposed Order# (11) Affidavit of Service) (Traub, Paul)

| 844 | *Filed & Entered:* | 01/14/2002 | Application for Compensation |
|---|---|---|---|

*Docket Text:* Application for Compensation *of Ninth Monthly Fee Application* for Traub, Bonacquist & Fox, Creditor Comm. Aty, period: 11/1/2001 to 11/30/2001, fee: $59,607.25, expenses: $1,477.95. Filed by Traub, Bonacquist & Fox. Objections due by 2/4/2002. (Attachments: # (1) Notice of Application# (2) Summary Sheet# (3) Attachment B# (4) Rule 2016 Affidavit# (5) Exhibit A - Retention Order# (6) Exhibit B - Biography of Professionals# (7) Exhibit C - Time Records# (8) Exhibit D - Disbursements# (9) Exhibit E - Certification of Paul Traub# (10) Affidavit of Service) (Traub, Paul)

| 842 | *Filed & Entered:* | 01/10/2002 | Notice of Filing(B) |
|---|---|---|---|

*Docket Text:* Notice of Filing *of Third Interim Fee Application Request of Crossroads, LLC for the Period September 1, 2001 Through November 30, 2001* Filed by Crossroads, LLC. (Werkheiser, Gregory)

| 838 | *Filed & Entered:*<br>*Terminated:* | 01/07/2002<br>03/04/2002 | Application to Employ (B) |
|---|---|---|---|

*Docket Text:* Application to Employ *Application for an Order Expanding the Scope of the Employment and Retention of Traub, Bonacquist & Fox LLP, as General Counsel to the Official Committee of Unsecured Creditors* Traub, Bonacquist & Fox LLP as General Counsel Filed by Official Committee of Unsecured Creditors. (Attachments: # (1) Notice # (2) Exhibit "A"# (3) Stipulation# (4) Supplement Affidavit# (5) Proposed Form of Order # (6) Certificate of Service and Service List) (Rosner, Frederick)

| 839 | *Filed & Entered:*<br>*Terminated:* | 01/07/2002<br>03/04/2002 | Application to Employ (B) |
|---|---|---|---|

*Docket Text:* Application to Employ *Application for an Order Authorizing the Employment and Retention of Special Counsel to the Official Committee of Unsecured Creditors* Pomerantz Haudek Block Grossman & Gross LLP as Special Counsel Filed by Official Committee of Unsecured Creditors. (Attachments: # (1) Notice # (2) Exhibit "A"# (3) Exhibit "B"# (4) Exhibit "C"# (5) Exhibit "D"# (6) Proposed Form of Order # (7) Certificate of Service and Service List) (Rosner, Frederick)

| 829 | *Filed & Entered:* | 12/28/2001 | Application for Compensation |
|---|---|---|---|

*Docket Text:* Interim Application for Compensation *Seventh Interim Application for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From November 1, 2001 through November 30, 2001, Inclusive.* Filed by Frederick B. Rosner. Objections due by 1/16/2002. (Attachments: # (1) Notice # (2) Exhibit

"A"# (3) Exhibit "B"# (4) Exhibit "C"# (5) Exhibit "D"# (6) Exhibit "E"# (7) Certificate of Service and
Service List) (Rosner, Frederick)

---

824 *Filed & Entered:*                    12/21/2001 Application for Compensation

*Docket Text:* Application for Compensation *(NINTH)* for Crossroads, LLC, Accountant, period:
11/1/2001 to 11/30/2001, fee: $95,890.00, expenses: $2,350.11. Filed by Crossroads, LLC. Objections
due by 1/15/2002. (Werkheiser, Gregory)

---

813 *Filed & Entered:*                    12/07/2001 Application for Compensation

*Docket Text:* Application for Compensation - *Second Quarterly Application for Compensation of
Services REndered and Reimbursement of Expenses as Financial Advisor to the Official Committee of
Unsecured Creditors* for Official Committee of Unsecured Creditors, Accountant, period: 6/1/2001 to
8/31/2001, fee: $30,994, expenses: $4,684. Filed by Official Committee of Unsecured Creditors.
Hearing scheduled for 1/9/2002 at 11:30 AM at US Bankruptcy Court, 824 Market St., 6th Floor,
Wilmington, DE. Objections due by 12/27/2001. (Attachments: # (1) Notice of Application# (2)
Certificate of Service) (Rosner, Frederick)

---

812 *Filed & Entered:*                    12/07/2001 Application for Compensation

*Docket Text:* Application for Compensation - *Sixth Interim Application of Richard Cartoon LLC for
Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the
Official Committee of Unsecured Creditors for the Period from September 1, 2001 through October 31,
2001, Inclusive* for Official Committee of Unsecured Creditors, Accountant, period: 9/1/2001 to
10/31/2001, fee: $15,507, expenses: $397. Filed by Official Committee of Unsecured Creditors.
Objections due by 12/27/2001. (Attachments: # (1) Notice of Application# (2) Certificate of Service)
(Rosner, Frederick)

---

809 *Filed & Entered:*                    12/06/2001 Application for Compensation

*Docket Text:* Application for Compensation of *Eighth Monthly Application* for Traub, Bonacquist &
Fox, Creditor Comm. Aty, period: 10/1/2001 to 10/31/2001, fee: $90,523.75, expenses: $1,885.69.
Filed by Traub, Bonacquist & Fox. Objections due by 12/27/2001. (Attachments: # (1) Notice of
Application# (2) Summary Sheet# (3) Attachment B# (4) Rule 2016 Affidavit# (5) Exhibit A - TB&F
Retention Order# (6) Exhibit B - Biography of Professionals# (7) Exhibit C - Time Records# (8)
Exhibit D - Disbursements# (9) Exhibit E - Certification of Paul Traub# (10) Affidavit of Service)
(Traub, Paul)

---

801 *Filed & Entered:*                    11/29/2001 Objection to Motion (A,B)

*Docket Text:* Objection to Motion *Debtors' Objecton To Motion By General Electric Capital
Corporation For Order Compelling Payment OF Administrative Claim* Filed by ETOYS, INC., A
DELAWARE CORPORATION. (Attachments: # (1) Certificate of Service # (2) Service List)
(Busenkell, Michael)

<u>789</u> *Filed & Entered:*                           11/27/2001 Application for Compensation

*Docket Text:* Interim Application for Compensation for Crossroads, LLC, Accountant, period: 10/1/2001 to 10/31/2001, fee: $91,816.00, expenses: $1,469.54. Filed by Crossroads, LLC. (Attachments: # (1) Notice # (2) Certificate of Service # (3) Service List) (Werkheiser, Gregory)

<u>780</u> *Filed:*                                      11/19/2001 Signed in Court
*Entered:*                                     11/20/2001

*Docket Text:* Order (A) Authorizing And Approving The Sale Of Certain Of the Selling Debtors' Tangible Personal Property Located At The Debtors' Former Distribution Facilities In Blairs, Virginia To KB Consolidated, Inc., Free And Clear Of Liens, Claims And Encumbrances, And (B) Granting Related Relief Signed in Court on 11/19/2001 (related document(s)[754]). (LMC, )

<u>772</u> *Filed & Entered:*                           11/13/2001 Notice of Filing(B)

*Docket Text:* Notice of Filing *Of Execution Copy Of Purchase Agreement In Connection With Motion Of Selling Debtors, As Debtors-In-Possession, For Order (A) Authorizing And Approving The Sale, Subject To Better And Higher Offers, Of Certain Of The Selling Debtors' Tangible Personal Property Located At The Debtors' Former Distribution Facilities In Blairs, Virginia To KB Consolidated, Inc., Free And Clear Of Liens, Claims And Encumbrances; And (B) Granting Related Relief (D.I. 754)* Filed by ETOYS, INC., A DELAWARE CORPORATION. (Attachments: # (1) Attachment # (2) Certificate of Service # (3) Service List) (Werkheiser, Gregory)

<u>767</u> *Filed & Entered:*             11/09/2001 Motion for Payment of Administrative Expenses/Claims (B)

*Docket Text:* Motion for Payment of Administrative Expenses/Claims Filed by GE CAPITAL CORPORATION. (Attachments: # (1) Notice # (2) Certificate of Service # (3) Proposed Form of Order # (4) Exhibit # (5) Exhibit # (6) Exhibit # (7) Exhibit # (8) Exhibit # (9) Exhibit # (10) Exhibit) (Dougherty III, Paul)

<u>764</u> *Filed & Entered:*                           11/07/2001 Application for Compensation

*Docket Text:* Application for Compensation *(SEVENTH)* for Crossroads, LLC, Accountant, period: 9/1/2001 to 9/30/2001, fee: $86,491.00, expenses: $9,741.71. Filed by Crossroads, LLC. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Certificate of Service # (8) Service List) (Werkheiser, Gregory)

<u>763</u> *Filed & Entered:*                           11/06/2001 Application for Compensation

*Docket Text:* Application for Compensation *of Seventh Monthly Application* for Traub, Bonacquist & Fox, Creditor Comm. Aty, period: 9/1/2001 to 9/30/2001, fee: $97,453.50, expenses: $2,515.85. Filed by Traub, Bonacquist & Fox. (Attachments: # (1) Notice of Application# (2) Summary Sheet# (3) Attachment B# (4) Rule 2016 Affidavit# (5) Exhibit A - TB&F Retention Order# (6) Exhibit B - Biography of Professionals# (7) Exhibit C - Time Sheets# (8) Exhibit D - Disbursements# (9) Exhibit E - Certification of Paul Traub# (10) Affidavit of Service) (Traub, Paul)

<u>754</u> *Filed & Entered:*                 10/30/2001 Motion to Sell Free and Clear of Liens (B)

*Docket Text:* Motion to Sell Free and Clear of Liens *Motion Of Selling Debtors, As Debtors-In-Possession, For Order (A) Authorizing And Approving The Sale, Subject To Better And Higher Offers, Of Certain Of the Selling Debtors' Tangible Personal Property Located At The Debtors' Former Distribution Facilities In Blairs, Virginia To KB Consolidated, Inc., Free And Clear Of Liens, Claims And Encumbrances, And (B) Granting Related Relief* Filed by ETOYS, INC., A DELAWARE CORPORATION. Hearing scheduled for 11/19/2001 at 02:00 PM (check with court for location). Objections due by 11/12/2001. (Attachments: # (1) Exh A# (2) Proposed Form of Order Exh B# (3) Notice # (4) Certificate of Service # (5) Service List 1 of 2# (6) Service List 2 of 2) (Staib, Jason)

<u>728</u> *Filed:*                                                   10/12/2001 Order
*Entered:*                                              10/16/2001

*Docket Text:* STIPULATION AND AGREED ORDER AUTHORIZING AND APPOINTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INVESTIGATE, COMMENCE AND PROSECUTE TURNOVER AND PREFERENCE AVOIDANCE ACTIONS AGAINST GOLDMAN, SACHS & CO.-Order Signed on 10/12/2001 (related document [689]). [MDE]

<u>724</u> *Filed & Entered:*              10/15/2001 Interim Professional Compensation (B)

*Docket Text:* Application for Interim Professional Compensation *for Second Quarterly Interim Application* Filed by Traub, Bonacquist & Fox. Objections due by 11/5/2001. (Attachments: # (1) Summary# (2) Attachment B# (3) Fee Application# (4) Rule 2016 Affidavit# (5) Exhibit A - Retention Order# (6) Exhibit B - Biography of Professionals# (7) Exhibit C - Time Records# (8) Exhibit D - Disbursements# (9) Exhibit E - Certification of Michael S. Fox# (10) Exhibit F - Proposed Order# (11) Affidavit of Service) (Fox, Michael)

<u>723</u> *Filed & Entered:*              10/15/2001 Application for Compensation

*Docket Text:* Application for Compensation *of Sixth Monthly Fee Application* for Traub, Bonacquist & Fox, Creditor Comm. Aty, period: 8/1/2001 to 8/31/2001, fee: $86,789.50, expenses: $1,628.53. Filed by Traub, Bonacquist & Fox. (Attachments: # (1) Summary# (2) Attachment B# (3) Fee Application# (4) Rule 2016 Affidavit# (5) Exhibit A - Retention Order# (6) Exhibit B- Biography of Professionals# (7) Exhibit C- Time Records# (8) Exhibit D - Disbursements# (9) Exhibit E - Certification of Michael S. Fox# (10) Affidavit of Service) (Fox, Michael)

<u>720</u> *Filed & Entered:*              10/12/2001 Application for Compensation

*Docket Text:* Interim Application for Compensation *(Third)* for Morris, Nichols, Arsht & Tunnell, Debtor's Attorney, period: 6/1/2001 to 7/31/2001, fee: $262,016.00, expenses: $54,073.19. Filed by Morris, Nichols, Arsht & Tunnell. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Proposed Form of Order # (6) Certificate of Service) (Busenkell, Michael)

<u>715</u> *Filed & Entered:*              10/09/2001 Application for Compensation

*Docket Text:* Application for Compensation *(Fifth Interim) as Financial Advisor for the Official Committee of Unsecured Creditors* for Richard Cartoon, LLC, Accountant, period: 8/1/2001 to 8/31/2001, fee: $9,982, expenses: $2,069. Filed by Richard Cartoon, LLC. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Certificate of Service and SErvice List) (Bodnar, Joseph)

705 *Filed & Entered:*                     10/03/2001  Motion to Approve (B)

*Docket Text:* Motion to Approve *Motion Pursuant To Bankruptcy Rule 9019 For An Order Approving Settlement Between Debtors And Debtors In Possession And Goldman, Sachs & Co.* Filed by ETOYS, INC., A DELAWARE CORPORATION. Objections due by 10/23/2001. (Attachments: # (1) Exhibit A# (2) Attachment Order# (3) Certificate of Service # (4) Service List # (5) Notice Of Motion) (Busenkell, Michael)

700 *Filed & Entered:*                     10/02/2001  Interim Professional Compensation (B)

*Docket Text:* Interim Application for Interim Professional Compensation *Second Interim Fee Application Request* Filed by Crossroads, LLC. Objections due by 10/23/2001. (Attachments: # (1) Notice # (2) Proposed Form of Order # (3) Service List A - Part 1# (4) Exhibit A - Part 2# (5) Certificate of Service # (6) Service List) (Werkheiser, Gregory)

697 *Filed & Entered:*                     10/01/2001  Application for Compensation

*Docket Text:* Quarterly Application for Compensation *First Interim Fee Application Request of Morris Nichols Arsht & Tunnell* for ETOYS, INC., A DELAWARE CORPORATION, Accountant, period: 3/7/2001 to 5/31/2001, fee: $435,128.50, expenses: $65,077.98. Filed by ETOYS, INC., A DELAWARE CORPORATION (related document(s)[612]). (Attachments: # (1) Certificate of Service # (2) Service List) (Werkheiser, Gregory)

689 *Filed & Entered:*                     09/26/2001  Motion to Authorize (B)

*Docket Text:* Motion to Authorize -- *Notice Of Motion Of Debtors And Debtors In Possession For An Order Authorizing And Appointing The Official Committee Of Unsecured Creditors To Investigate, Commence And Prosecute Turnover And Preference Avoidance Actions Against Goldman, Sachs & Co.* Filed by ETOYS, INC., A DELAWARE CORPORATION. Hearing scheduled for 10/17/2001 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 10/10/2001. (Attachments: # (1) Notice # (2) Exhibit A# (3) Certificate of Service # (4) Service List) (Busenkell, Michael)

688 *Filed & Entered:*                     09/25/2001  Interim Professional Compensation (B)

*Docket Text:* Application for Interim Professional Compensation *Verified Application of CROSSROADS, LLC For Interim Allowance Of Compensation And Reimbursement Of Expenses For The Period From August 1, 2001 To August 31, 2001* Filed by ETOYS, INC., A DELAWARE CORPORATION. Objections due by 10/15/2001. (Attachments: # (1) Notice # (2) Exh A# (3) Exh B# (4) Exh C# (5) Exh D# (6) Exh E# (7) Certificate of Service # (8) Service List) (Werkheiser, Gregory)

---

666 *Filed & Entered:*        09/17/2001 Notice of Matters Scheduled for Hearing (B)

*Docket Text:* Notice of Agenda of Matters Scheduled for Hearing Filed by ETOYS, INC., A DELAWARE CORPORATION. Hearing scheduled for 9/19/2001 at 04:00 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. (Attachments: # (1) Certificate of Service # (2) Service List) (Busenkell, Michael)

---

651 *Filed & Entered:*        09/07/2001 Application to Employ (B)
*Terminated:*        10/02/2001

*Docket Text:* Application to Employ *Baker & McKenzie Nunc Pro Tunc To August 16, 2001 As Special Counsel* Baker & McKenzie as Special Counsel Filed by ETOYS, INC., A DELAWARE CORPORATION. (Attachments: # (1) Notice # (2) Attachment) (Busenkell, Michael)

---

650 *Filed & Entered:*        09/07/2001 Motion for Payment of Administrative Expenses/Claims (B)
*Terminated:*        10/01/2001

*Docket Text:* Motion for Payment of Administrative Expenses/Claims *Motion of Debtors and Debtors-In-Possession For An Order (I) Setting Final Date And Procedures For Filing Requests For Payment Of Administrative Claims, And (II) Approving Form And Manner Of Notice Thereof* Filed by ETOYS, INC., A DELAWARE CORPORATION. (Attachments: # (1) Exhibit A Notice Of Administrative Claims Bar Date# (2) Exhibit B Administrative Claim Request Form# (3) Notice Of Motion# (4) Proposed Form of Order # (5) Certificate of Service # (6) Service List) (Busenkell, Michael)

---

646 *Filed & Entered:*        09/06/2001 Notice of Filing(B)

*Docket Text:* Notice of Filing *Re-Notice of Second Interim Application of Morris, Nichols, Arsht & Tunnell* Filed by Morris, Nichols, Arsht & Tunnell. (Busenkell, Michael)

---

643 *Filed & Entered:*        09/04/2001 Interim Professional Compensation (B)

*Docket Text:* Monthly Application for Interim Professional Compensation */Fifth Monthly Application of Traub, Bonacquist & Fox LLP for Compensation for Services Rendered and Reimbursement of Expenses as General Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2001 Through July 31, 2001, Inclusive* Filed by Traub, Bonacquist & Fox. Objections due by 9/24/2001. (Attachments: # (1) Notice of Application# (2) Local Form 101# (3) Local Form 102# (4) Rule 2016 Affidavit# (5) Exhibit A# (6) Exhibit B# (7) Exhibit C# (8) Exhibit D# (9) Exhibit E# (10) Affidavit of Service) (Traub, Paul)

---

639 *Filed & Entered:*        08/31/2001 Application for Compensation

*Docket Text:* Application for Compensation *(Fourth Interim)* for Richard Cartoon, LLC, Consultant, period: 6/1/2001 to 7/31/2001, fee: $16,881.60, expenses: $2,615. Filed by Richard Cartoon, LLC. (Attachments: # (1) Notice # (2) Affidavit # (3) Exhibit A# (4) Exhibit B# (5) Exhibit C# (6) Certificate of Service and Service List) (Rosner, Frederick)

---

**620** *Filed & Entered:*      08/24/2001 | Interim Professional Compensation (B)

*Docket Text:* Application for Interim Professional Compensation *(FIFTH)* Filed by Crossroads, LLC. Objections due by 9/14/2001. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Certificate of Service # (8) Service List) (Werkheiser, Gregory)

---

**612** *Filed & Entered:*      08/16/2001 | Application for Compensation

*Docket Text:* Interim Application for Compensation *(Second)* for Morris, Nichols, Arsht & Tunnell, Debtor's Attorney, period: 4/1/2001 to 5/31/2001, fee: $402,267.50, expenses: $63,896.53. Filed by Michael G. Busenkell. (Attachments: # (1) Notice # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Proposed Form of Order # (7) Certificate of Service) (Busenkell, Michael)

---

**609** *Filed & Entered:*      08/14/2001 | Application for Compensation

*Docket Text:* Application for Compensation *Fourth Monthly* for Traub, Bonacquist & Fox, Creditor Comm. Aty, period: 6/1/2001 to 6/30/2001, fee: $131,512, expenses: $3,660.42. Filed by Warning: party not known. (Attachments: # (1) Notice of Application# (2) Affidavit # (3) Exhibit A# (4) Exhibit B# (5) Exhibit C# (6) Exhibit D# (7) Exhibit E# (8) Certificate of Service # (9) Service List) (Rosner, Frederick)

---

**586** *Filed & Entered:*      08/01/2001 | Motion to Appear pro hac vice (B)

*Docket Text:* Motion to Appear pro hac vice Filed by KB Toys, Inc.. (Attachments: # (1) Certificate of Service) (Kortanek, Steven)

---

**580** *Filed & Entered:*      07/26/2001 | *Description not available*

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [FIRST] Of Crossroads For Period Of 3/15/01 Through 5/31/01 [FILED By Dennis Breeden] , [LKG], ORIGINAL NIBS DOCKET ENTRY #572

---

**569** *Filed:*      07/24/2001 | *Description not available*
*Entered:*      07/25/2001

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [FOURTH] Of Crossroads For Period Of 6/1/01 Through 6/30/01 [FILED By Dennis Breeden] , [LKG] NOTICE of Application , [LKG] CERTIFICATE of Service , [LKG], ORIGINAL NIBS DOCKET ENTRY #561

---

**555** *Filed:*      07/19/2001 | *Description not available*
*Entered:*      07/20/2001

*Docket Text:* RESPONSE to Motion For Order Authorizing & Approving Sale Of Certain Of Debtors

---

Assets Located At Building A Of The Blairs, VA Distribution Center Free & Clear Of Liens Claims & Encumbrances & Granting Related Relief [FILED By Willaim Brady, Atty/DATA SALES CO/INSIGHT INVESTMENTS] Re: Item # 543, [LKG]

NOTICE of Stipulation , [LKG], ORIGINAL NIBS DOCKET ENTRY #547

---

| 550 | *Filed:* | 07/18/2001 | *Description not available* |
| | *Entered:* | 07/19/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [FIRST INTERIM] Of Morris Nichols Arsht & Tunnell For Period Of 3/7/01 Through 3/31/01 [FILED By Gregory Werkheiser, Atty/DEBTORS] , [LKG]

NOTICE of Application , [LKG]

CERTIFICATE of Service , [LKG], ORIGINAL NIBS DOCKET ENTRY #542

---

| 543 | *Filed:* | 07/13/2001 | *Description not available* |
| | *Entered:* | 07/17/2001 | |

*Docket Text:* MOTION for Order Authorizing & Approving Sale Of Certain Of Debtors Assets Located At Building A Of The Blairs, Virginia Distribution Center Free & Clear Of Liens Claims & Encumbrances & Granting Related Relief [FILED By Gregory Werkheiser, Atty/DEBTORS] , [LKG]

NOTICE of Motion and Hearing on 08/01/01 at 09:30 A.M. at U.S. Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, 19801, [LKG]

CERTIFICATE of Service , [LKG], ORIGINAL NIBS DOCKET ENTRY #535

---

| 541 | *Filed & Entered:* | 07/13/2001 | *Description not available* |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [FIRST QUARTERLY] Of Richard Cartoon For Period Of 3/8/01 Through 5/31/01 [FILED By Richard Cartoon] , [LKG]

AFFIDAVIT of Service , [LKG], ORIGINAL NIBS DOCKET ENTRY #533

---

| 529 | *Filed:* | 07/11/2001 | *Description not available* |
| | *Entered:* | 07/12/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [FIRST QUARTERLY] Of Traub Bonacquist & For For Period Of 3/16/01 Through 5/31/01 [FILED By Paul Traub, Atty/UNSECURED CREDITOR COMMITTEE] , [LKG], ORIGINAL NIBS DOCKET ENTRY #521

---

| 523 | *Filed:* | 07/09/2001 | Generic Order |
| | *Entered:* | 07/11/2001 | |

*Docket Text:* ORDER Signed In Court Authorizing & Approving Employment Of Collateral Logistics Inc As Liquidation Agent For The Debtors Re: Item # 446, [LKG], ORIGINAL NIBS DOCKET ENTRY #515

| 509 | *Filed:* | 07/06/2001 | Notice of Withdrawal (B) |
| | *Entered:* | 07/09/2001 | |

*Docket Text:* NOTICE of Withdrawal Motion For Order Of GE Capital Corporation To Compel Assumption Or Rejection Of An Unexpired Lease Or Shortening The Time In Which The Lease Shall Be Assumed Or Rejected; For Post Petition Lease Payments [FILED By Matthew Kye, Atty] Re: Item # 459, [LKG], ORIGINAL NIBS DOCKET ENTRY #501

| 507 | *Filed:* | 07/06/2001 | *Description not available* |
| | *Entered:* | 07/09/2001 | |

*Docket Text:* NOTICE of Application [FILED By Paul Traub, Atty/UNSECURED CREDITOR COMMITTEE) Re: Item # 501, [LKG], ORIGINAL NIBS DOCKET ENTRY #499

| 501 | *Filed:* | 07/06/2001 | *Description not available* |
| | *Entered:* | 07/09/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [THIRD MONTHLY INTERIM] Of Traub Bonacquist & Fox For Period Of 5/1/01 Through 5/31/01 [FILED By Paul Traub, Atty/UNSECURED CREDITOR COMMITTEE] , [LKG], ORIGINAL NIBS DOCKET ENTRY #493

| 475 | *Filed:* | 06/26/2001 | *Description not available* |
| | *Entered:* | 06/28/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [THIRD INTERIM] Of Crossroads For Period Of 5/1/01 Through 5/31/01 [FILED By Dennis Breeden] , [LKG]
NOTICE of Application , [LKG]
CERTIFICATE of Service , [LKG], ORIGINAL NIBS DOCKET ENTRY #467

| 474 | *Filed:* | 06/26/2001 | *Description not available* |
| | *Entered:* | 06/28/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [THIRD MONTHLY INTERIM] Of Richard Cartoon For Period Of 5/1/01 Through 5/31/01 [FILED By Richard Cartoon] , [LKG]
CERTIFICATION , [LKG], ORIGINAL NIBS DOCKET ENTRY #466

| 446 | *Filed:* | 06/18/2001 | Application (Generic) |
| | *Entered:* | 06/19/2001 | |
| | *Terminated:* | 07/09/2001 | |

*Docket Text:* APPLICATION for Order Authorizing & Approving Employment Of Collateral Logistics Inc As Liquidation Agent For Debtors, Nunc Pro Tunc To May 16, 2001 [FILED By Michael Busenkell, Atty/DEBTORS] Re: Item # 134 [Disposed], [LKG]
NOTICE of Application [Hearing Set 7/9/01 @ 4:00 PM] , [LKG]
CERTIFICATE of Service , [LKG], ORIGINAL NIBS DOCKET ENTRY #438

| 437 | *Filed & Entered:* | 06/15/2001 | *Description not available* |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [SECOND INTERIM] Of Traub Bonacquist & Fox For Period Of 4/1/01 Through 4/30/01 [FILED By Paul Traub, Atty/UNSECURED CREDITOR COMMITTEE] , [LKG]
NOTICE of Application , [LKG], ORIGINAL NIBS DOCKET ENTRY #429

| 412 | *Filed:* | 06/06/2001 | *Description not available* |
|     | *Entered:* | 06/11/2001 | |

*Docket Text:* MOTION for Order Authorizing Debtors To File Exhibit 2 To Declaration Of David Gatto Re Service Of Notice Of Commencement Of Cases Under Chapter 11, Meeting Of Creditors & Deadlines Under Seal [FILED By Michael Busenkell, Atty/DEBTORS] , [LKG]
NOTICE of Motion , [LKG]
CERTIFICATE of Service , [LKG], ORIGINAL NIBS DOCKET ENTRY #404

| 408 | *Filed:* | 06/04/2001 | Notice of Appearance(B) |
|     | *Entered:* | 06/11/2001 | |

*Docket Text:* NOTICE of Appearance and Request for Service of Notices and Documents [FILED By Matthew Kye, Atty/GE CAPITAL CORP] , [LKG]
CERTIFICATE of Service , [LKG], ORIGINAL NIBS DOCKET ENTRY #400

| 387 | *Filed:* | 05/29/2001 | *Description not available* |
|     | *Entered:* | 06/01/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [Irell & Manella LLP] [filed by Howard Steinberg, Atty./DEBTORS] MONTHLY INTERIM [April 1, 2001 THRU April 30, 2001] , [SDA]
DECLARATION of of Howar Steinberg, Esq.] , [SDA]
NOTICE of Application [Hearing only if objections filed by 6/18/01] , [SDA]
CERTIFICATE of Service , [SDA], ORIGINAL NIBS DOCKET ENTRY #379

| 385 | *Filed:* | 05/25/2001 | *Description not available* |
|     | *Entered:* | 06/01/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [Crossroads, LLC] [Filed by Dennis Breeden, Financial Consultant/DEBTORS] SECOND VERIFIED INTERIM [4/1/01 THRU 4/30/01] , [SDA]
CERTIFICATION of Crossroads, LLC Under Section 504 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016 [a] The United states Trustee Guidelines and Local Rule 2016-2, [SDA]
NOTICE of Application [Hearing only if objections filed by 6/14/01] , [SDA], ORIGINAL NIBS DOCKET ENTRY #377

| 383 | *Filed:* | 05/25/2001 | *Description not available* |

| *Entered:* | 06/01/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [Richard cartoon LLC] [Filed by Richard cartoon, Financial Advisor/OFFICIAL COMMITTEE/UNSECURED CREDITORS] SECOND MONTHLY APPLICATION [4/1/01 thru 4/30/01, INCLUSIVE], [SDA], ORIGINAL NIBS DOCKET ENTRY #375

| 339 *Filed:* | 05/14/2001 | *Description not available* |
| *Entered:* | 05/22/2001 | |

*Docket Text:* ORDER Signed Granting Admission Pro Hac Vice of Don S. DeAmicis. Re: Item # 239, [BMG], ORIGINAL NIBS DOCKET ENTRY #331

| 303 *Filed:* | 05/04/2001 | *Description not available* |
| *Entered:* | 05/10/2001 | |

*Docket Text:* ENTRY of Appearance and Request for service of Papers, Receipt of Notices and Inclusion of Notice Lists and Mailing Matrices [Filed by Steven Kortanek, Atty./K.B. CONSOLIDATED, INC. AND KB TOY OF MASSACHUSETTS, INC.] , [SDA]A CERTIFICATE of Service , [SDA], ORIGINAL NIBS DOCKET ENTRY #296A

| 298 *Filed:* | 05/04/2001 | *Description not available* |
| *Entered:* | 05/10/2001 | |

*Docket Text:* CERTIFICATION of Professional Under U.S. Trustee Guidelines for Fees and Disbursements for Professionals and Pursuant to Order #32 of the United States Bankruptcy Court for the District of delaware in Respect of First Monthly Application of Richard Cartoon LLC for Professional Compensation and Reimbursement of Expenses Re: Item # 297, [SDA], ORIGINAL NIBS DOCKET ENTRY #292

| 297 *Filed:* | 05/04/2001 | *Description not available* |
| *Entered:* | 05/10/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [Richard Cartoon LLC] [Filed by Richard Cartoon, Financial Advisor/OFFICIAL COMMITTEE/UNSECURED CREDITORS] FIRST MONTHLY INTERIM [3/16/01 THRU 3/31/01], [SDA], ORIGINAL NIBS DOCKET ENTRY #291

| 286 *Filed:* | 05/03/2001 | *Description not available* |
| *Entered:* | 05/09/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [Traub, Bonacquist & Fox] [Filed by Michael Fox, Atty./OFFICIAL COMMITTEE/UNSECURED CREDITORS] FIRST MONTHLY APPLICATION [3/16/01 THRU 3/31/01] Rule 2016 Affidavit of Michael Fox , [SDA]
NOTICE of Application [Hearing only if objections filed by 05/23/01 , [SDA], ORIGINAL NIBS DOCKET ENTRY #280

| 241 | *Filed:* | 04/26/2001 | *Description not available* |
| | *Entered:* | 05/01/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [Crossroads, LLC] [filed by Dennis L. breeden, Financial Consultant/DEBTORS] VERIFIED APPLICATION 3/15/01 thru 3/31/01] , [SDA]
CERTIFICATION of Crossroads, LLC Under Section 504 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016[a], The United States Trustee Guidelines and Local Rule 2016-2 , [SDA], ORIGINAL NIBS DOCKET ENTRY #237

| 239 | *Filed:* | 04/25/2001 | *Description not available* |
| | *Entered:* | 05/09/2001 | |

*Docket Text:* MOTION for Admission Pro Hac Vice of Don S. DeAmicis, Esqw. [Filed by Steven Kortanek, Atty./K.B. CONSOLIDATED, INC. AND KB TOY OF MASSACHUSETTS, INC.] , [SDA], ORIGINAL NIBS DOCKET ENTRY #235A

| 238 | *Filed:* | 04/25/2001 | *Description not available* |
| | *Entered:* | 05/01/2001 | |

*Docket Text:* APPLICATION for Compensation and for Reimbursement of Expenses [Irell & Manella LLP] [filed by Gregory Werkheiser, atty./DEBTORS] MONTHLY INTERIM 3/01] , [SDA]
NOTICE of Motion [Hearing only if objections filed by 5/15/01] , [SDA]
CERTIFICATE of Service , [SDA], ORIGINAL NIBS DOCKET ENTRY #235

| 235 | *Filed:* | 04/25/2001 | *Description not available* |
| | *Entered:* | 05/01/2001 | |

*Docket Text:* CERTIFICATION of Counsel Re: Order Approving Sales of Certain of Debtors' Inventory to KB Toy of Massachusetts, Inc. Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief [Filed by Michael Busenkell, Atty./DEBTORS] Re: Item # 20, [SDA] & Re: Item # 189, [SDA], ORIGINAL NIBS DOCKET ENTRY #232

| 203 | *Filed:* | 04/19/2001 | *Description not available* |
| | *Entered:* | 04/23/2001 | |

*Docket Text:* NOTICE of Perfection of Mechanic's Lien Regarding Olympic Boulevard Facility [Filed by William D. Locher, Atty./GE SUPPLY and GENERAL ELECTRIC COMPANY] , [ID]
PROOF of Service , [ID], ORIGINAL NIBS DOCKET ENTRY #200

| 190 | *Filed:* | 04/18/2001 | *Description not available* |
| | *Entered:* | 04/23/2001 | |

*Docket Text:* OBJECTION to Application for Order Authorizing the Retention and Employment of Irell & Manella as Counsel for Debtors [Filed by Mark S. Kenney, Atty./U.S. TRUSTEE] Re: Item #

132, [ID]
CERTIFICATE of Service , [ID], ORIGINAL NIBS DOCKET ENTRY #187

---

| 135 | Filed: | 04/06/2001 | *Description not available* |
|---|---|---|---|
| | Entered: | 04/09/2001 | |

*Docket Text:* MOTION for Order Authorizing and Approving Employment of crossroads, LLC as Financial Consultant to the Debtors, Nunc Pro Tunc to March 15, 2001 [Filed by Michael G. Busenkell, Atty./DEBTORS] , [SDA]
DECLARATION of of Dennis L. Breeden , [SDA]
NOTICE of Motion [Hearing only if objections filed by 4/19/01] , [SDA]
CERTIFICATE of Service , [SDA], ORIGINAL NIBS DOCKET ENTRY #132

---

| 134 | Filed: | 04/05/2001 | *Description not available* |
|---|---|---|---|
| | Entered: | 04/11/2001 | |

*Docket Text:* APPLICATION for an Order Authorizing and Approving Employment of Collateral Logistics, Inc. as Liquidation Consultant to the Debtors, Nunc Pro tunc to March 13, 2001 [Filed by Gregory Werkheiser, Atty./DEBTORS], [SDA]A
DECLARATION of Steven Haas , [SDA]A
NOTICE of Application [Hearing only if objections filed by 4/18/01] , [SDA]A
CERTIFICATE of Service , [SDA], ORIGINAL NIBS DOCKET ENTRY #131A

---

| 133 | Filed: | 04/05/2001 | *Description not available* |
|---|---|---|---|
| | Entered: | 04/09/2001 | |

*Docket Text:* APPLICATION of Debtors and debtors-in-Possession to Employ and Retain Morris, Nichols, Arsht & Tunnell as Attorneys [filed by President/ETOYS, INC. and President/ETOYS DISTRIBUTION, LLC and President/EKIDS, INC. and President/PMJ CORPORATION], [SDA]
AFFIDAVIT of Robert J. Dehney, Esq. in Support of Application of Debtors and debtors-in-possession Authorizing employment and retention of Morris, Nichols, Arsht & Tunnell as Attorneys , [SDA]
NOTICE of Application [Hearing only if objections filed by 4/18/01] , [SDA]
CERTIFICATE of Service , [SDA], ORIGINAL NIBS DOCKET ENTRY #131

---

| 132 | Filed: | 04/05/2001 | *Description not available* |
|---|---|---|---|
| | Entered: | 04/09/2001 | |
| | Terminated: | 04/25/2001 | |

*Docket Text:* APPLICATION for an Order Authorizing the Retention and Employment of Irell & Manella LLP as Counsel for the debtors and the debtors in possession, Nunc Pro Tunc to March 7, 2001; Declaration of Howard J. Steinberg [Filed by President/ETOYS, Inc. and President/PMJ CORPORATION, President/EKIDS, INC. AND President/ETOYS DISTRIBUTION, LLC] [Disposed], [SDA]
DECLARATION of Howard J. Steinberg in Support of Application for Order Authorizing the Retention and employment of Irell & Manella LLP as Counsel for the Debtors and Debtors in Possession and Statement of Irell & Manella LLP , [SDA]

NOTICE of Application [Hearing only if objections filed by 4/18/01] , [SDA]
CERTIFICATE of Service , [SDA], ORIGINAL NIBS DOCKET ENTRY #130

| 89 | Filed: | 03/26/2001 | Description not available |
|---|---|---|---|
|  | Entered: | 03/27/2001 |  |

Docket Text: APPLICATION for an Order Authorizing the Employment and Retention of Traub,
Bonacquist & Fox LLP as General Counsel to the Official Committee of Unsecured Creditors, Nunc Pro
Tunc to March 16, 2001 [Filed by Lee Castillo, Atty./OFFICIAL COMMITTEE OF UNSECURED
CREDITORS], [SDA]
AFFIDAVIT of Michael S. Fox, Esq. , [SDA]
NOTICE of Application [Hearing only if objections filed by 4/13/01] , [SDA]
CERTIFICATE of Service , [SDA], ORIGINAL NIBS DOCKET ENTRY #87

| 88 | Filed: | 03/26/2001 | Description not available |
|---|---|---|---|
|  | Entered: | 03/27/2001 |  |

Docket Text: APPLICATION for an Order Authorizing the Employment and Retention of Richard
Cartoon LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to
March 16, 2001 [Filed by Lee Castillo, Chairperson/OFFICIAL COMMITTEE/UNSECURED
CREDITORS] , [SDA]
AFFIDAVIT and Disclosure Statement of Richard Cartoon LLC in Support of Application to Employ
and retain Richard Cartoon LLC as Financial advisors to the Official Committee of Unsecured Creditors
of EToys, Inc., et. al. , [SDA]
NOTICE of Application [Hearing only if objections filed by 4/13/01 , [SDA]
CERTIFICATE of Service , [SDA], ORIGINAL NIBS DOCKET ENTRY #86

| 6 | Filed: | 03/07/2001 | Description not available |
|---|---|---|---|
|  | Entered: | 03/08/2001 |  |

Docket Text: MOTION for Order Admitting Certain Attorneys for the Debtors and Debtors in Possession
Pro Hac Vice, Pursuant to Local District Court Rule 83.5 and Local Bankruptcy Rule 9010-1[b], [SDA]
CERTIFICATE of Howard J. Steinberg , [SDA]
CERTIFICATE of Alex Wiles , [SDA]
ORDER Signed In Court And Located In Original Document , [SDA], ORIGINAL NIBS DOCKET
ENTRY #4

| 2 | Filed: | 03/07/2001 | Description not available |
|---|---|---|---|
|  | Entered: | 03/14/2001 |  |

Docket Text: NOTICE of Filing of Corrected consolidated List of Creditors Holding 30 Largest
Unsecured Claims [Filed by Gregory Werkheiser, Atty./DEBTORS] , [SDA], ORIGINAL NIBS
DOCKET ENTRY #1A

| 1 | Filed & Entered: |  | 03/07/2001 | Description not available |
|---|---|---|---|---|

*Docket Text:* VOLUNTARY Petition Under Chapter 11 W/List of Creditors Holding 30 Largest
Unsecured Claims , [LL], ORIGINAL NIBS DOCKET ENTRY #1

While this list of documents and submissions may seem lengthy to some, the issues at hand and the
seriousness of my allegations detailing a pattern of abuse from the beginning of this eToys Bankruptcy case,
by virtually all Parties in control of this case and the eToys Estate, demands that such extreme actions be
undertaken. Additionally, I submit that 'extraordinary circumstances' have occurred, as described by Chief
Federal Judge Walrath in her October 4th, 2005, Opinion (of which certain parts thereof are the subject of
this Appeal), and must needs demand that all facets of this case must be taken into account to arrive at a Just
decision since a) this pattern of abuse started well before the Plan of Reorganization was approved by the
Court, b) Appellees have already admitted to certain crimes and been found guilty of others, c) the
ramifications and damages suffered by me, and which are derived from this abuse, will continue until the
closing of this case, and finally d) this conduct by Appellees is willful and malicious in its intent. As many
of the issues I've raised deal with Conflicts of Interests, and willful lack of Disclosure, and have been thus
far found to be with willful intent to commit fraud upon the Court and the (eToys) Estate, and that such
'goes to the heart of the integrity of the bankruptcy system', this is justification for the amount of time and
effort that must be expended investigating these issues by this Court.

If Appellant should find, while assembling this mass of documents, that Appellant has inadvertently
included any duplications, Appellant will notice the Court and all parties.

Furthermore, several items need to be mentioned at this point. Namely:

1.  I am a 'Party of Interest' as previously ruled by Her Honor Walrath, and as described in the eToys
    Plan of Reorganization and Disclosure Statement.
2.  The 'releases' and 'injunctions' indemnifying those running the Estate, and/or associated with it,
    were struck down in a hearing before Her Honor Walrath, and other reasons why 'releases' and
    'injunctions' do not indemnify the Appellees are detailed in Her Honor Walrath's Opinion of
    October 4th, 2005.

4. Harassment by associates of certain Appellees notwithstanding, Appellant will make all attempts to comply with deadlines in this Appeal. If continued harassment by associates of Appellees and intrusion into Appellant's private life continue, unabated, Appellant will forthwith notify this Court and request relief from such behind-the-scenes tactics meant to thwart Justice.

Whereas Appellant does state that a copy of this document is executed this 13th day of September, 2006, and sent via courier to be received by the Clerk of the Court in the Federal District of Delaware for docket submission on September 13th, 2006, in accordance with Appeal Rules 8000 thru 8009.

**Dated:** Wednesday, September 13th, 2006

Respectfully Submitted,

Robert K. Alber, *Pro Se*
eToys Shareholder
Appellant
17685 DeWitt Avenue
Morgan Hill, CA  95037
(408) 778-5241
esg@hushmail.com

Clerk of the United States Bankruptcy Court
for the District of Delaware
824 Market Street, 5th Floor
Wilmington, Delaware  19801

- 39 -

SERVICE LIST

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Counsel for Barry Gold

G. David Dean, Esquire
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21202
Counsel for Barry Gold

Laser Steven Haas
President / CEO and sole shareholder
Collateral Logistics, Inc.
Laserhaas@msn.com
Bhaass@aol.com
(310) 819-7777

Paul Traub, Esquire
Traub, Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017

Frederick Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
Counsel for the Committee

James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Counsel for Traub, Bonacquist & Fox LLP

Ronald R. Sussman, Esquire
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Counsel for Traub, Bonacquist & Fox LLP

Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Mark S. Kenney, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801
Office of the U.S. Trustee

John J. Rapisardi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Counsel for Goldman Sachs & Co.


SEC
Gordon Robinson
3475 Lenox Road, Suite 1000
Atlanta, GA  30326
robinsonc@sec.gov


SEC
Susan Sherrill-Beard
3475 Lenox Road, Suite 1000
Atlanta, GA  30326
sherrill-beards@sec.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------X

In re:                                        Chapter 11

ETOYS, INC., et al.,                          Case Nos. 01-0706 (MFW)
                                                  through 01-0709 (MFW)

                          Debtors.
_____X
ROBERT K. ALBER, *Pro Se*,

                 Appellant,

        v.                                    Civil Action No. 05-830 (KAJ)

TRAUB, BONACQUIST & FOX, LLP,
BARRY GOLD, MORRIS, NICHOLS,
ARSHT & TUNNELL, LLP, and POST-
EFFECTIVE DATE COMMITTEE OF
EBC I, INC.,

                 Appellees.

---------------------------------------------X

## CERTIFICATE OF SERVICE

        I, Robert K. Alber, hereby certify that on the 13th day of September, 2006, I
caused a true and correct copy of the ***Designation of Record on Appeal*** to be served upon
the parties listed below in the manner so indicated.

***(Served by e-mail)***
Laser Steven Haas
President/CEO and Sole Shareholder of Collateral Logistics, Inc.
Court Designated eToys Liquidator
Laserhaas@msn.com

*(Served via e-mail and USPS)*
Mark Minuti, Esquire
Barry Gold
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Tel:    (724) 413-5783
Fax:    (724) 898-0015
Counsel for Barry Gold
mminuti@saul.com
barrygold@aol.com


*(Served by e-mail and USPS)*
G. David Dean, Esquire
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21202
Tel:    (410) 332-8704
Fax:    (410) 332-8163
Counsel for Barry Gold
gdean@saul.com


*(Served by e-mail)*
Paul Traub, Esquire
Traub, Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017
Tel:    (212) 476-4770
Fax:    (212) 476-4787
pt@tbfcsq.com


*(Served by e-mail)*
Susan Balaschak, Esquire
Counsel for PEDC
Traub, Bonacquist & Fox LLP
655 Third Avenue – 21st Floor
New York, NY 10017  *and*
Suite 600
2000 E. Lamar Blvd.
Arlington, TX 76006-7340
Tel:    (817) 461-1629
Fax:    (817) 588-3073
sbalaschak@tbfesq.com
tbfcsqtx@aol.com
sb@tbfesq.com

- 2 -

*(Served by e-mail)*
Michael S. Fox, Esquire
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Tel:    (212) 451-2277
Fax:    (212) 451-2222
*mfox@olshanlaw.com*


*(Served by e-mail and USPS)*
James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Tel:    (212) 848-4879
Fax:    (212) 848-4879
Counsel for Traub, Bonacquist and Fox LLP
jgarrity@shearman.com


*(Served by e-mail and USPS)*
Ronald R. Sussman, Esquire
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Tel:    (212) 479-6063
Fax:    (212) 820-9785
Counsel for Traub, Bonacquist & Fox LLP
rsussman@kronishlieb.com


*(Served by e-mail and USPS)*
Robert J. Dehney, Esquire
Derek Abbott, Esquire
Gregory W. Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel:    (302) 575-7229
Fax:    (302) 425-4663
RDehney@MNAT.com
dabbott@mnat.com
gwerkheiser@mnat.com

- 3 -

*(Served by e-mail)*
Kelly Beaudin Stapleton, Esquire
U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107
Tel:    (215) 597-4411
Fax:    (215) 597-5795
kelly.b.stapleton@usdoj.gov

*(Served by e-mail and USPS)*
Mark S. Kenney, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2313. Lockbox 35
Wilmington, DE  19801
Tel:    (302) 573-6565
Fax:    (302) 573-6497
Office of the U.S. Trustee
mark.kenney@usdoj.gov

*(Served by e-mail)*
John J. Rapisardi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Tel:    (212) 310-8840
Fax:    (212) 310-8007
Counsel for Goldman Sachs & Co.
john.rapisardi@weil.com

*(Served by e-mail)*
SEC - Gordon Robinson
3475 Lenox Road, Suite 1000
Atlanta, GA  30326
Tel:    (404) 842-7625
Fax:    (404) 842-7633
robinsone@sec.gov

*(Served by e-mail)*
SEC - Susan Sherrill-Beard
3475 Lenox Road, Suite 1000
Atlanta, GA  30326
Tel:    (404) 842-7625
Fax:    (404) 842-7633
sherrill-beards@sec.gov

*(Served by e-mail and USPS)*
Frederick Rosner, Esquire
Duane, Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Tel:    (302) 657-4943
Fax:    (302) 657-4901
FBRosner@duanemorris.com