IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ETOYS, INC., et al., ) | |
| ) | Case Nos. 01-0706 (RB) |
| Debtors. ) | through 01-0709 (RB) |
| _____ ) | |
| ROBERT K. ALBER, *Pro Se*, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 05-830 (KAJ) |
| ) | |
| TRAUB, BONACQUIST & FOX LLP, ) | |
| BARRY GOLD, MORRIS NICHOLS ) | |
| ARSHT & TUNNELL LLP, and POST- ) | |
| EFFECTIVE DATE COMMITTEE OF ) | |
| EBC I, INC., ) | |
| ) | |
| Appellees. ) | |

## ORDER

WHEREAS, the parties have failed to agree on a briefing schedule,

IT IS HEREBY ORDERED that appellant's opening brief shall be filed on or before September 27, 2006; appellees' answering brief shall be filed on or before October 11, 2006; and appellant's reply brief shall be filed on or before October 18, 2006.

_____
UNITED STATES DISTRICT JUDGE

September 20, 2006
Wilmington, Delaware