## CERTIFICATE OF SERVICE

I, Gregory W. Werkheiser, certify that I am not less than 18 years of age, and that service of the Request of Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell LLP For (I) Status Conference To Address Consequences Of Robert K. Alber's Failure To Timely File Opening Appeal Brief And (II) Stay Of Deadlines For Appellees To File Their Briefs was caused to be made on October 9, 2006 in the manner indicated upon the parties on the attached list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  October 9, 2006

Gregory W. Werkheiser (#3553)

## SERVICE LIST

**By E-mail and Hand Delivery**

Frederick Rosner, Esquire
Duane Morris LLP
1100 Market Street
Suite 1200
Wilmington, DE 19801
frosner@duanemorris.com

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
mminuti@saul.com

Mark S. Kenney, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801
Mark.kenney@usdoj.gov

**By E-mail and First Class U.S. Mail**

G. David Dean, Esquire
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21202
gdean@saul.com

Stephen Fox, Esquire
Dreier LLP
499 Park Avenue
New York, NY 10022
sfox@dreierllp.com

James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
jgarrity@shearman.com

Ronald R. Sussman, Esquire
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
rsussman@cooley.com

Robert K. Alber
17685 DeWitt Avenue
Morgan Hill, CA 95037
Condo28@mail.com

489617