**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------X
```
In re:                                             :
                                                   :    Chapter 11
                                                   :
ETOYS, INC., et al.,                               :    Case Nos. 01-0706 (MFW)
                                                   :    Through 01-0709 (MFW)
            Debtors.                               :
                                                   :
```
--------------------------------------------------------X
```
ROBERT K. ALBER, *Pro Se*,                         :
                                                   :
            Appellant,                             :
                                                   :
                                                   :
            v.                                     :    Civil Action No. 05-830 (KAJ),
                                                   :    procedurally consolidated with
TRAUB, BONACQUIST & FOX, LLP,                      :    Civil Action No. 05-831 (KAJ)
BARRY GOLD, MORRIS NICHOLS                         :
ARSHT & TUNNEL LLP, AND POST-                      :
EFFECTIVE DATE COMMITTEE OF                        :
EBC I, INC.                                        :
                                                   :
            Appellees.                             :    Related to Docket No. 29
```
--------------------------------------------------------X
```

**APPELLEE BARRY GOLD'S JOINDER IN REQUEST OF
APPELLEE/CROSS-APPELLANT MORRIS, NICHOLS, ARSHT & TUNNELL LLP
FOR (I) STATUS CONFERENCE TO CONSIDER ROBERT K. ALBER'S
FAILURE TO TIMELY FILE OPENING APPEAL BRIEF AND
(II) STAY OF DEADLINES FOR APPELLEES TO FILE THEIR BRIEFS**

Appellee Barry Gold ("Mr. Gold"), by and through his undersigned counsel,

hereby joins in the Request Of Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell LLP

For (i) Status Conference To Consider Robert K. Alber's Failure To Timely File Opening

Appeal Brief And (ii) Stay Of Deadlines For Appellees To File Their Briefs.    Like

Appellee/Cross-Appellant Morris Nichols Arsht & Tunnell, Mr. Gold was not served with

541093.1 10/9/06

Appellant Robert K. Alber's opening brief on appeal by the deadline of October 4, 2006, nor did

Mr. Alber request of Mr. Gold an extension of the deadline to file his opening brief.

      **WHEREFORE**, Mr. Gold prays that the Court schedule a status conference to

address Mr. Alber's failure to timely file his opening brief and that the Court grant Mr. Gold

such further relief as is just and proper.

 

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800
(302) 421-5873 (Fax)

Counsel for Barry Gold

Dated:  October 9, 2006