IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
                                                    :
ETOYS, INC., et al.,                                :    Case Nos. 01-0706 (MFW)
                                                    :    Through 01-0709 (MFW)
              Debtors.                              :
-----------------------------------------------------------x
ROBERT K. ALBER, Pro Se,                            :
                                                    :
              Appellant,                            :
                                                    :
      v.                                            :    Civil Action No. 05-830 (KAJ),
                                                    :    procedurally consolidated with
TRAUB, BONACQUIST & FOX LLP,                        :    Civil Action No. 05-0831 (KAJ)
BARRY GOLD, MORRIS NICHOLS                          :
ARSHT & TUNNELL LLP, and POST-                      :
EFFECTIVE DATE COMMITTEE OF                         :
EBC I, INC.,                                        :
                                                    :
              Appellees.                            :
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, certify that I am not less than 18 years of age, and that service of the **Joinder of Appellee Traub, Bonacquist & Fox LLP in Request by Appellee/Cross Appellant Morris, Nichols, Arsht & Tunnell LLP for (I) Status Conference to Consider Robert K. Alber's Failure to Timely File Opening Appeal Brief and (II) Stay of Deadlines for Appellees to File Their Briefs,** was made on October 9, 2006 upon the following *via* first class mail:

DM3\401941.1

Robert J. Dehney, Esquire
Derek C. Abbott, Esquire
Gregory W. Werkheiser, Esquire
Morris, Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Paul Traub, Esquire
Steven Fox, Esquire
Dreier, LLP
499 Park Avenue
New York, NY 10022

Robert K. Alber
17685 DeWitt Avenue
Morgan Hill, CA 95037

Ronald R. Sussman, Esquire
Kronish Lieb Weiner & Hellman LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798

James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

John J. Rapisarde, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 9, 2006
      Wilmington, Delaware

Frederick B. Rosner (DE 3995)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
Email:  fbrosner@duanemorris.com