IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ETOYS, INC., et al., | ) | |
| | ) | Case Nos. 01-0706 (RB) |
| Debtors. | ) | through 01-0709 (RB) |
| _____ | ) | |
| ROBERT K. ALBER, *Pro Se*, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-830 (KAJ) |
| | ) | Procedurally consolidated with |
| TRAUB, BONACQUIST & FOX LLP, | ) | Civil Action No. 05-831(KAJ) |
| BARRY GOLD, MORRIS NICHOLS | ) | |
| ARSHT & TUNNELL LLP, and POST- | ) | |
| EFFECTIVE DATE COMMITTEE OF | ) | |
| EBC I, INC., | ) | |
| | ) | |
| Appellees. | ) | |

### ORDER

At Wilmington this **13th** day of **October, 2006,**

IT IS ORDERED that a status teleconference has been scheduled for **October 16, 2006 at 3:30 p.m.** with the undersigned. **Counsel for Defendant Morris, Nichols, Arsht & Tunnel shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE