OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: _10/16/06_____

TO: _Robert K. Alber, pro se_____

**SUBJECT: Proof of Service on Local Counsel of Record Required**

RE: CA# _05-830 KAJ_____

CASE CAPTION _Inre: Etoys et al_ v. _____

DOCUMENT TITLE: _Appellant Responds to Motion by MNAT_

    Documents have been presented for filing in the above noted case which *do not conform* to one or more of the following: Federal Rules of Civil Procedure 5, District of Delaware Local Rules of Practice & Procedure 5.2.(a) & 5.3. _+ no original signature._

    In order for your documents to be acceptable for filing, they must be served on all local counsel of record, and this must be indicated on an Affidavit or Certificate of Service.

    A copy of the current local counsel service list for this case is attached for your convenience.

    If there are any questions concerning this matter, do not hesitate to contact this office. Also, our web site (frequently asked questions) may be of interest to you, at **http:www.ded.uscourts.gov**.

cc:    Assigned Judge

_E. Strickler_
Deputy Clerk

INTAKMAN\REJLTR (REV. 5/01)