IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re:                                           :
                                                 :  Chapter 11
                                                 :
ETOYS, INC., et al.,                             :  Case Nos. 01-0706 (MFW)
                                                 :  Through 01-0709 (MFW)
            Debtors.                             :
                                                 :
------------------------------------------------------------x
ROBERT K. ALBER, Pro Se,                         :
                                                 :
            Appellant,                           :
                                                 :
            v.                                   :  Civil Action No. 05-830 (KAJ)
                                                 :
TRAUB, BONACQUIST & FOX LLP,                     :
BARRY GOLD, MORRIS NICHOLS                       :
ARSHT & TUNNELL LLP, and POST-                   :
EFFECTIVE DATE COMMITTEE OF                      :
EBC I, INC.,                                     :
                                                 :
            Appellees.                           :
------------------------------------------------------------x
MORRIS, NICHOLS, ARSHT                           :
& TUNNELL LLP,                                   :
                                                 :
            Cross-Appellant,                     :
                                                 :  Civil Action No. 05-831 (KAJ)
            v.                                   :
                                                 :
TRAUB, BONACQUIST & FOX LLP,                     :
BARRY GOLD, ROBERT K. ALBER                      :
and STEVEN HAAS                                  :
                                                 :
            Cross-Appellees.                     :
------------------------------------------------------------x
```

**NOTICE OF SERVICE**

       I, Gregory W. Werkheiser, certify that I am not less than 18 years of age, and that service of the Second Amended Consolidated Scheduling Order was caused to be made on October 23, 2006 by electronic mail and on October 24, 2006 by hand delivery and first class mail, upon the entities on the attached list.

335087

| | |
|---|---|
| Dated: October 24, 2006<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>　　　/s/ Gregory W. Werkheiser　　　<br>Derek C. Abbott (No. 3376)<br>Gregory W. Werkheiser (No. 3553)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>Counsel for Cross-Appellant |

- 2 -

542787