**SERVICE LIST**

**By E-mail and Hand Delivery**

Frederick Rosner, Esquire
Duane Morris LLP
1100 Market Street
Suite 1200
Wilmington, DE 19801
frosner@duanemorris.com

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
mminuti@saul.com

Mark S. Kenney, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801
Mark.kenney@usdoj.gov

**By E-mail and First Class U.S. Mail**

Stephen Fox, Esquire
Dreier LLP
499 Park Avenue
New York, NY  10022
sfox@dreierllp.com

Ronald R. Sussman, Esquire
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
rsussman@cooley.com

Robert K. Alber
17685 DeWitt Avenue
Morgan Hill, CA 95037
Condo28@mail.com

489617