**EXHIBIT C**

## Werkheiser, Gregory

| | |
|---|---|
| **From:** | Robert K Alber [condo28@mail.com] |
| **Sent:** | Thursday, November 16, 2006 2:33 PM |
| **To:** | Werkheiser, Gregory; mminuti@saul.com; rsussman@cooley.com; 'Steven E. Fox'; 'Kenney, Mark'; 'Rosner, Frederick B.'; TB&F - James Garrity, ESQ; Abbott, Derek; eToys Shareholders Group - Scott Pletch; Laser at Yahoo |
| **Cc:** | Robert K Alber |
| **Subject:** | RE: Alber v. Traub, Bonacquist & Fox LLP, et al., Civil Action Nos. 05-830(KAJ) and 05-831(KAJ) |

Dear All,

I'm going to be filing a motion for an extension, as Judge Jordan allowed, till November 27th. That's all the time I'll be asking for barring some extreme calamity. I was thinking of only 7 days, but notice that 7 days after the 15th is November 22nd; the day before Thanksgiving. As your reply would be due 14 days later, of which 4 days would be 'long weekend' days, I hardly think this would be fair to any of you, and for another reason which will be explained below. So how would a deadline of November 27th be? That's a Monday and will give you your entire 14 days with which to respond.

If my reasoning is objectionable to any of you, please let me know. I'm amenable to working this out in whatever way necessary so that everyone is afforded an equal opportunity as this is a serious situation for yourselves and/or your clients depending on the ultimate success of my Appeal.

For what it's worth: My health is greatly improved after the time off, and I'm now in a mental state able to continue without break for the foreseeable future. But it's been a struggle since I've been served with 24 documents from the previously named 'associates' of some of you in the Arizona case, and, coincidentally, just a few days prior to my November 15th deadline they took steps to have me arrested. Those actions culminated with the local police visiting me, and my having to defend myself from yet more perjurious allegations, which necessitates my drafting a filing (albeit a short filing which will only take me a day or two at most) to deal with these new criminal allegations against me.

If everyone would please respond at your earliest convenience I would appreciate it.

Regards,

Robert K. Alber
Pro Se
eToys Shareholder

condo28@mail.com
FAX: 408-778-5241

=====================================================================================

-----Original Message-----
From: Werkheiser, Gregory [mailto:GWerkheiser@MNAT.com]
Sent: Friday, October 20, 2006 1:55 PM
To: Robert K Alber; mminuti@saul.com; rsussman@cooley.com; Steven E. Fox; Kenney,
Mark; Rosner, Frederick B.
Cc: Abbott, Derek
Subject: Alber v. Traub, Bonacquist & Fox LLP, et al., Civil Action Nos. 05-830
(KAJ) and 05-831(KAJ)
Importance: High

Please see the attached letter and proposed order, which were filed and
transmitted to the Court earlier today.  Thank you.

Gregory W. Werkheiser
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Main: 302.658.9200
Direct Dial: 302.351.9229
Fax: 302.425.4663

Please note that effective as of January 1, 2006, my direct dial
telephone number changed from 302.575.7229 to 302.351.9229.  Our main
telephone number and my fax number have not changed.  Thank you.

M | N | A | T |


This message, including any accompanying documents or attachments, may contain
information that is confidential or that is privileged. If you are not the intended
recipient of this message, please note that the dissemination, distribution, use or
copying of this message or any of the accompanying documents or attachments is
strictly prohibited. If you believe that you may have received this message in
error, please contact me at (302) 658-9200 or by return e-mail.

11/17/2006