**EXHIBIT E**

| | | |
|---|---|---|
| 07/29/2002 | 1118 | Letter of Objection requesting Portions of document be added to Plan Filed by Robert K. Alber, et. al. (related document(s)1042) . (SDA, ) (Entered: 07/30/2002) |
| 07/29/2002 | 1119 | Letter in reference to doc (s) 1087, 1088, 1088, 1089 regarding Plan of Reorganization Filed by Robert K. Alber (related document(s)1042) . (SDA, ) (Entered: 07/30/2002) |
| 10/21/2002 | 1341 | Motion to File Under Seal certain documents related to the proposed Confirmation Order Filed 10/21/2002 (UNDER SEAL) Filed by pro se Robert Alber . (VIB, ) Modified on 10/21/2002 (DSC, ). (Entered: 10/21/2002) |
| 10/28/2002 | 1367 | Notice of Withdrawal *Dockets Filed Under Seal,[1341,1342]* Filed by pro se Robert Alber (related document(s)1342). (VIB, ) (Entered: 10/30/2002) |
| 10/29/2002 | 1368 | Motion For Discovery Filed by pro se Robert Alber. (VIB, ) (Entered: 10/30/2002) |
| 10/29/2002 | 1369 | Motion For Sanctions *To Be Levied against Gregory W. Werkheiser(No.3553)* Filed by pro se Robert Alber. (VIB, ) (Entered: 10/30/2002) |
| 10/29/2002 | 1370 | Motion For Sanctions *To Be Levied Against Gregory W. Werkheiser (No. 3553 )* Filed by pro se Robert Alber. (VIB, ) (Entered: 10/30/2002) |
| 10/30/2002 | 1371 | Motion For Discovery Regarding The ETYS (Q)Shareholders List Filed by pro se Robert Alber. (VIB, ) (Entered: 10/30/2002) |
| 10/30/2002 | 1372 | Motion For Discovery Regarding The Tapes And/Or Transcripts Of The October 16th, 2002 Hearing Filed by pro se Robert Alber. (VIB, ) (Entered: 10/30/2002) |
| 10/30/2002 | 1373 | Objection to *The Plan and Confirmation Statement As Proposed In Docket # [1336, 1148]* Filed by pro se Robert Alber. (VIB, ) (Entered: 10/30/2002) |
| 10/31/2002 | 1381 | Motion For Hold And Abatement Filed by pro se Robert Alber. (VIB, ) (Entered: 11/01/2002) |
| 10/31/2002 | 1382 | Motion to Allow *EBC 1, Inc. f/k/a eToys, Be Assigned To The* |

| | | |
|---|---|---|
| | | *Etoys Shareholders Group* Filed by pro se Robert Alber. (VIB, ) (Entered: 11/01/2002) |
| 11/08/2002 | 1437 | Letter Regarding Apology To The Court And Gregory Werkheiser Filed by pro se Robert Alber . (VIB, ) (Entered: 11/22/2002) |
| 12/15/2004 | 2138 | Objection to *the Proposed Goldman-Sachs Settlement.* (related document(s)2128 ) Filed by Robert Alber (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit D# 4 Certificate of Service) (BMG, ) (Entered: 12/15/2004) |
| 12/20/2004 | 2145 | Motion to Allow *An Official Investigation, Request That Sanctions, Disgorgement Of Fees and the Immediate Removal Of Barry Gold, Paul Traub, Michael Fox And Traub, Bonacquist, & Fox Amoung Others, Be Effected Immediately* Filed by Robert K. Alber Hearing scheduled for 12/22/2004 at 11:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware.. (ALC, ) Additional attachment(s) added on 12/29/2004 (ALC, ). Additional attachment(s) added on 12/29/2004 (ALC, ). (Entered: 12/22/2004) |
| 01/25/2005 | 2178 | Motion to Allow *That An Official Investigation Be Initiated By The Court, The U.S. Trustees Office, And/Or The SEC Into Violations Of Code (a) And Rule 2014, And Others, And Request That Sanctions, Disgorgement Of Fees And The Immediate Removal Of Debtors Counsel As Represented By Robert Dehney, Michael Busenkell, Gregory Werkheiser And Morris, Nichols, Arsht, Arsht & Tunnell (MNAT), Among Others, Be Effected Immediately* Filed by Robert K. Alber Hearing scheduled for 2/1/2005 at 09:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.. (Attachments: # 1 Statement Of Fact# 2 Proposed Form of Order # 3 Proposed Form of Order # 4 Proposed Form of Order # 5 Proposed Form of Order) (ALC, ) (Entered: 01/28/2005) |
| 01/31/2005 | 2181 | Letter To The Court As Notification And Complaint Regarding Service Of Documents Not Received Timely. Filed by Robert K. Alber (ALC, ) (Entered: 02/01/2005) |
| 03/09/2005 | 2221 | Statement *Of Robert Alber Joining Inter Alia The United States Trustee's Motion For Entry Of Order Directing Disgorement Of Fees Paid To Traub Bonacquist & Fox, LLP, et al For Services Rendered As Counsel To Official Committee Of Unsecured* |

|  |  | *Creditors With This One Week Response To The Hearing Of March 1, 2005 And The New Evidence Issues* (related document(s)2195 ) Filed by Robert Alber (Attachments: # 1 Attachment) (ALC, ) (Entered: 03/09/2005) |
|---|---|---|
| 03/09/2005 | 2222 | Supplemental Statement *By Robert K. Alber, eToys Shareholder, Requesting The Court Impose Harsher Sanctions On TB&F And Disqualify Barry Gold As Plan Administrator.* (related document(s)2213, 1306 ) Filed by Robert Alber (ALC, ) (Entered: 03/09/2005) |
| 03/15/2005 | 2231 | Response *By Robert K. Alber To Supplemental Response Of MNAT, Etoys Debtors Counsel, Which Is A Response To Requesting Disqualification Of MNAT, Disgorgement Of Compensation Paid To MNAT For Services Rendered, Sanctions, And Other Relief, For Not Disclosing The Fact That They, MNAT Had Not Disclosed Their Relationship With Goldman Sachs (GS) And General Electric (GECC)* (related document(s)2178, 2220 ) Filed by Robert K. Alber (ALC, ) (Entered: 03/16/2005) |
| 03/28/2005 | 2238 | *Striken* (see Orders Entered[Doc. Nos.2241,2251]) Statement *By Robert K. Alber, Concerning The March 1, 2005 Hearing Where The Court Has Taken Matters Under Advisement Whereby Specifically Case Log And Delaware History Was To Be Researched Concerning Removal Of Barry Gold As Plan Administrator For Failure To Apply And Failure To Disclose Paul Traub Relationship Or Relationship With The Firm Of Traub Bonacquist & Fox* (related document(s)2228, 2211, 2213 ) Filed by Robert Alber (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N) (ALC, ) Modified on 4/12/2005 (ALC, ). (Entered: 03/29/2005) |
| 03/30/2005 | 2239 | Statement *By Robert K. Alber, Etoys Shareholder, Disproving Specious Defense By Morris, Nichols, Arsht & Tunnell (MNAT), Etoys Debtors Counsel, That Multiple Failures To Disclose By MNAT Are Isolated Events, That The Aforementioned Multiple Failures To Disclose By MNAT Are In Fact, A Pattern Of Deceipt And Fraud Upon The Court And Etoys Equity Security Holders That Has Gone Unchecked Even During These Criminal Hearings, And Additionally That MNAT Is, In Fact, Harming The Etoys Estate By Their Failure To Pursue Preferential Claims, And By Defending Admitted Wrongdoing By Traub, Bonacquist &* |

| | | |
|---|---|---|
| | | *Fox, LLP (TB&F) And Plan Administrator Barry Gold (Gold), Thereby Not Fulfilling Their Fiduciary Duties To The Etoys Estate.* Filed by Robert Alber (ALC, ) (Entered: 03/31/2005) |
| 04/04/2005 | 2245 | Objection to *The Motion By Barry Gold Of 3/31/05, Etoys Docket 2242, Of Barry Gold's Expedited Motion Seeking To Strike Purported Unauthorized Statement Filed By Robert K. Alber Where Barry Gold's Motion Is Also Joined By Traub, Bonacquist & Fox* (related document(s)2242, 2238, 2240 ) Filed by Robert Alber (ALC, ) (Entered: 04/04/2005) |
| 10/14/2005 | 2327 | Notice of Appeal *Of The Court's Decision Entered On October 4, 2005. Appeal Number 05-71. Receipt Number 74088.*. Fee Amount $255. (related document(s)2319, 2320 ) Filed by Robert K. Alber Appellant Designation due by 10/24/2005. (ALC, ) Modified on 10/17/2005 (ALC, ). (Entered: 10/14/2005) |
| 10/24/2005 | 2332 | Appellant Designation of Contents For Inclusion in Record On Appeal *Number 05-71* (related document(s)2327 ) Filed by Robert K. Alber Appellee designation due by 11/3/2005. Transmission of Designation Due by 11/23/2005. (ALC, ) (Entered: 10/26/2005) |
| 11/25/2005 | 2353 | Objection to *The Motions Of Traub, Bonacquist & Fox (TB&F), Morris, Nichols, Arsht & Tunnell (MNAT) & Barry Gold (Gold) As Appellees Seeking To Strike Items Designated By Robert K. Alber, eToys Shareholder And Pary Of Interest, Where The Items Appellees Seek To Strike Are Included In The Record Of Appeal Of The Court's October 4th 2005 Order* (related document(s)2346 ) Filed by Robert Alber (Attachments: # 1 Attachment) (ALC, ) (Entered: 11/29/2005) |
| 09/18/2006 | 2382 | Amended Appellant Designation of Items For Inclusion in Record On Appeal *Regarding Appeal Number 05-71 and Civil Action Number 05-830.* (related document(s)2327, 2332 ) Filed by Robert K. Alber. (ALC, ) Modified text on 9/18/2006 (ALC, ). (Entered: 09/18/2006) |