CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing **Memorandum Of Law In Support Of Appellees' Motion To Dismiss Appeal For Failure to Prosecute** were caused to be served this 17th day of November, 2006 upon the following in the manner indicated:

_____

Derek C. Abbott (#3376)