IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
                                                :
ETOYS, INC., et al.,                            :  Case Nos. 01-0706 (MFW)
                                                :  Through 01-0709 (MFW)
        Debtors.                                :
                                                :
---------------------------------------------------------x
ROBERT K. ALBER, *Pro Se*,                      :
                                                :
        Appellant,                              :
                                                :
        v.                                      :  Civil Action No. 05-830 (KAJ),
                                                :  procedurally consolidated with
TRAUB, BONACQUIST & FOX LLP,                    :  Civil Action No. 05-0831 (KAJ)
BARRY GOLD, MORRIS NICHOLS                      :
ARSHT & TUNNELL LLP, and POST-                  :
EFFECTIVE DATE COMMITTEE OF                     :
EBC I, INC.,                                    :
                                                :
        Appellees.                              :
---------------------------------------------------------x

**APPELLEES' MOTION TO DISMISS APPEAL
FOR FAILURE TO PROSECUTE**

Appellees Traub, Bonacquist & Fox LLP ("TB&F") and Barry Gold ("Gold"), and Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols," and collectively with TB&F and Gold, the "Appellee Movants") hereby move (the "Motion") to dismiss the captioned appeal for the reasons set forth in the Memorandum of Law in Support of Appellee's Motion To Dismiss Appeal For Failure To Prosecute.

WHEREFORE, the Appellee Movants respectfully request that this Court enter an order in substantially the form annexed to the Motion dismissing the Appeal with prejudice and granting the Appellee Movants such other and further relief as is just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*Pro Se*

By: _____
Derek C. Abbott (No. 3376)
Gregory W. Werkheiser (No. 3553)
1201 N. Market St., 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel:    (302) 658-9200
Fax:    (302) 658-3989


DUANE MORRIS LLP
*Delaware Counsel to Traub, Bonacquist & Fox LLP*

By: _____ by DCA with permission
Frederick B. Rosner (No. 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Tel:    (302) 657-4900
Fax:    (302) 657-4901

-and-

Ronald R. Sussman (RS-0641)
COOLEY GODWARD KRONISH LLP
*Co-Counsel for Traub, Bonacquist & Fox LLP*
1114 Avenue of the Americas
New York, NY 10036-7798
Tel:    (212) 479-6000
Fax:    (212) 479-6275

-and-

James L. Garrity, Jr. (JG-8389)
SHEARMAN & STERLING LLP
*Co-Counsel for Traub, Bonacquist & Fox LLP*
599 Lexington Avenue
New York, New York 10022
Tel:    (212) 848-4000
Fax:   (212) 848-7179


SAUL EWING LLP
*Counsel to Barry Gold*

By: /s/ Patrick J. Reilley § PJR w/ permission
Mark Minuti (No. 2659)
Patrick J. Reilley (No. 4451)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Ph:      (302) 421-6800
Fax:    (302) 421-5873

-and-

G. David Dean
**SAUL EWING LLP**
100 South Charles Street
Baltimore, MD 21201
Ph: (410) 332-8600
Fax:       (410) 332-8862

546184