IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                               :
                                                     :   Chapter 11
                                                     :
ETOYS, INC., et al.,                                 :   Case Nos. 01-0706 (MFW)
                                                     :   Through 01-0709 (MFW)
         Debtors.                                    :
                                                     :
------------------------------------------------------------x
ROBERT K. ALBER, *Pro Se*,                           :
                                                     :
         Appellant,                                  :
                                                     :
         v.                                          :   Civil Action No. 05-830 (KAJ),
                                                     :   procedurally consolidated with
TRAUB, BONACQUIST & FOX LLP,                         :   Civil Action No. 05-0831 (KAJ)
BARRY GOLD, MORRIS NICHOLS                           :
ARSHT & TUNNELL LLP, and POST-                       :
EFFECTIVE DATE COMMITTEE OF                          :
EBC I, INC.,                                         :
                                                     :
         Appellees.                                  :
------------------------------------------------------------x

## ORDER

UPON CONSIDERATION the motion of Appellees Traub, Bonacquist & Fox LLP and Barry Gold, and Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell LLP and any objections thereto; and for the reasons set forth in the Memorandum of Law in Support of Appellee's Motion To Dismiss Appeal For Failure To Prosecute and such other reasons as set forth on the record of this appeal.

IT IS HEREBY ORDERED THAT this appeal is hereby dismissed with prejudice.

_____
                                       J