CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing **Appellees' Motion To Dismiss Appeal For Failure To Prosecute** were caused to be served this 17th day of November, 2006 upon the following in the manner indicated:

_____
Derek C. Abbott (#3376)