# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| ETOYS, INC., et al., | Case Nos. 01-0706 (MFW) through 01-0709 |
| Debtors. | |
| ROBERT K. ALBER, *Pro Se*, | |
| Appellant, | |
| v. | Civil Action No. 05-830 (KAJ) |
| TRAUB, BONACQUIST & FOX, LLP, BARRY GOLD, MORRIS, NICHOLS, ARSHT & TUNNELL, LLP, and POST-EFFECTIVE DATE COMMITTEE OF EBC I, INC., | |
| Appellees. | |

-----------------------------------------------X

# APPELLANT/CROSS APPELLEE ROBERT K. ALBER HEREBY SUBMITS A CERTIFICATE OF SERVICE FOR THE ALBER APPELLATE BRIEF.

I, Robert K. Alber, Pro Se Appellant (case no. 05-0830)/Cross Appellee (case no. 05-0831) (hereafter referred to as "ALBER" whether in the first or third person as appropriate grammar dictates), does hereby submit this Certificate of Service along with a correction to the ALBER Appellate Brief.

On page 52, item no. 112, an erroneous entry was included in the ALBER Appellate Brief, and ALBER was not aware of the inclusion of said 'erroneous entry' until after the ALBER Appellate Brief was served on all parties by USPS mail. As said 'erroneous entry' served no functional purpose other than to harass the Bankruptcy Court and the Bankruptcy Court's Clerk's Office, ALBER submits that an official apology by ALBER along with the redaction of said 'erroneous entry' is sufficient to rectify any harm that may have occurred. ALBER does state here that said 'erroneous entry' was composed by someone other than ALBER, and that ALBER does not have any knowledge of, nor agrees with, the language, intent or purpose of said 'erroneous entry.' (Attached to this Certificate of Service as *Exhibit A* is the new, redacted page 52, which ALBER respectfully requests all parties to substitute for the original page 52.)

The full explanation behind the inclusion of said 'erroneous entry' is of an internal, personal nature which ALBER will deal with; therefore not, in ALBER's opinion, appropriate for any further discussion before this Court. Except for three (3) statements:

1) Other matters also connected with the inclusion of the aforementioned 'erroneous entry' also contributed negatively to the inclusion of the ALBER Appellate Brief in the Court Record; and,

2) ALBER states here that nothing within this document is directed toward, or references, any acts on the part of Defendants, or is meant in any way as an incrimination or allegation toward any person involved in these proceedings.

3) Personnel within the Bankruptcy Clerk's Office have, in ALBER's personal dealings with said individuals, always reflected the utmost professionalism in performing their official duties.

ALBER, here, does respectfully affirm that in the future ALBER will take even more care in preparing documents so that no further corrections are necessary, and requests that ALBER's current medical condition continue to be taken into account.

Also, due to computer networking problems, the email service was not completed to parties listed on the Service List until January 22nd, 2007. Despite ALBER's best efforts and intentions, said inability to correct said computer networking problems in a timely manner were due to health issues which ALBER is, and has been, experiencing for many months, and for which ALBER has recently suffered emergency surgery, several hospital visits, and ongoing invasive testing (at the direction of both Physicians and Medical Specialists) to determine the cause of ALBER's deteriorating health. These health issues are in *combination* with effects on ALBER's health brought before this Court previously.

But, since the USPS mail service was completed ALBER also submits that this is inconsequential and mention of this matter only serves to make the official record complete and accurate for reasons of posterity.

**Dated:** January 22nd, 2007

RESPECTFULLY SUBMITTED,

ROBERT K. ALBER
*Pro Se*
*17685 DeWitt Avenue*
*Morgan Hill, CA 95037*
*Tel/Fax:   (408) 778-5241*
*Cell:        (928) 279-6244*

*Appellant/Cross Appellee*

# Exhibit A



113.  While the retention of GOLD is addressed In re: United Color Press 129 B.R. 143, 145 (Bankr. S.D. Ohio 1991) "professionals are those that play a central/intimate role –estate". Also stated In re: Stahl v Bartley Lindsay 137 B.R. 305, 309 (D. Minn. 1991) "Courts have concluded that financial advisors must be retained under 11 USC § 327(a). The disqualification of all parties involved is mandatory, for the sake of the Integrity of the Judicial Process.

114.  The failure to disqualify and DISGORGE violates *"unambiguous"* statutory language and the well established principles of both the 3rd Circuit and the Supreme Court concerning 327(a). His Honor Alito stated in the Matter of U.S. Trustee v Price Waterhouse, Sharon Steel Corp., (*Lexsee 19 F.3d 138, 1994 App. LEXIS 4605*

# **CERTIFICATE OF SERVICE**

I, Robert K. Alber, hereby certify that I served copies of the ALBER Appellate Brief by USPS Priority Mail on the 19th day of January, 2007, and by electronic communications (email) on January 22nd, 2007, on the parties listed below at the following addresses:

*(Original via mail and one (1) copy hand delivered)*
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware  19801-3570

*(Original via mail and one (1) copy hand delivered)*
Office of the Clerk
Court of the United States Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, Delaware  19801

*(Served by mail and e-mail)*
Robert J. Dehney, ESQ
Derek Abbott, ESQ
Gregory W. Werkheiser, ESQ
Michael Busenkell, ESQ
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Tel:    (302) 575-7229
Fax:   (302) 425-4663
RDehney@MNAT.com
dabbott@mnat.com
gwerkheiser@mnat.com

*(Served by mail and e-mail)*
James L. Garrity, Jr., ESQ
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Tel:    (212) 848-4879
Fax:   (212) 848-4879
Defense Counsel for Traub, Bonacquist & Fox LLP (now defunct)
jgarrity@shearman.com

*(Served by mail and e-mail)*
Ronald R. Sussman, ESQ
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Tel:   (212) 479-6063
Fax:   (212) 820-9785
Defense Counsel for Traub, Bonacquist & Fox, LLP (now defunct)
rsussman@kronishlieb.com

*(Served by mail and e-mail)*
Mark Minuti, ESQ
Barry F. Gold
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Tel:   (724) 413-5783
Fax:   (724) 898-0015
Defense Counsel for Barry Gold
mminuti@saul.com
barrygold@aol.com

*(Served by mail and e-mail)*
G. David Dean, ESQ
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21202
Tel:   (410) 332-8704
Fax:   (410) 332-8163
Defense Counsel for Barry F. Gold
gdean@saul.com

*(Served by mail and e-mail)*
Paul R. Traub, ESQ
Susan F. Balaschak, ESQ
Steven E. Fox, ESQ
Maura I. Russell, ESQ
Wendy G. Marcari, ESQ
Dreier, LLP/The Traub Group, f/k/a Traub, Bonacquist & Fox, LLP (currently defunct)
499 Park Avenue
New York, NY 10022
Tel:   (212) 328-6100
Fax:   (212) 328-6101
pt@tbfesq.com

*(Served by mail and e-mail)*
Michael S. Fox, ESQ
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Tel:   (212) 451-2277
Fax:   (212) 451-2222
Formerly of Traub, Bonacquist & Fox, LLP (now defunct)
mfox@olshanlaw.com

*(Served by mail and e-mail)*
U.S. Securities and Exchange Commission (SEC)
Susan Sherrill-Beard
E. Gordon Robinson
3475 Lenox Road
Suite 1000
Atlanta, GA 30326
Tel:   (404) 842-7625
Fax:   (404) 842-7633
Investigators for the SEC
sherrill-beards@sec.gov

*(Served by mail and e-mail)*
Kelly Beaudin Stapleton, ESQ
U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Tel:   (215) 597-4411
Fax:   (215) 597-5795
Office of the U.S. Trustee
kelly.b.stapleton@usdoj.gov

*(Served by mail and one (1) copy hand delivered)*
Mark S. Kenney, ESQ
J. Caleb Boggs Federal Building
844 King Street,
Suite 2313
Lockbox 35
Wilmington, DE 19801
Tel:   (302) 573-6565
Fax:   (302) 573-6497
Office of the U.S. Trustee
mark.kenney@usdoj.gov

*(Served by mail and e-mail)*
Frederick Rosner, ESQ
Duane, Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel:   (302) 657-4943
Fax:   (302) 657-4901
Local Counsel for Traub, Bonacquist & Fox (now defunct)
Formerly of Jaspan Schlesinger Hoffman, LLP
FBRosner@duanemorris.com