# Exhibit "B"

Envelope Containing Brief of Plaintiff Appellant-Cross Appellee



17685 DeLoach Ave
Morgan Hill, CA 95037

U.S. POSTAGE PAID
MORGAN HILL, CA 95035
JAN 19, 07
AMOUNT $4.05
0005982I-05

Saul Ewing, LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899

Attn: Mark Minuti ESQ.