IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
                                                    :
ETOYS, INC., et al.,                                :    Case Nos. 01-0706 (MFW)
                                                    :    Through 01-0709 (MFW)
        Debtors.                                    :
                                                    :
------------------------------------------------------------x
ROBERT K. ALBER, *Pro Se*,                          :
                                                    :
        Appellant,                                  :
                                                    :
        v.                                          :    Civil Action No. 05-830 (SLR),
                                                    :    procedurally consolidated with
TRAUB, BONACQUIST & FOX LLP,                        :    Civil Action No. 05-0831 (SLR)
BARRY GOLD, MORRIS NICHOLS                          :
ARSHT & TUNNELL LLP, and POST-                      :
EFFECTIVE DATE COMMITTEE OF                         :
EBC I, INC.,                                        :
                                                    :
        Appellees.                                  :
------------------------------------------------------------x

ORDER GRANTING APPELLEES' EMERGENCY MOTION
TO (A) CLARIFY THE ABSENCE OF BRIEFING DEADLINES; (B) DEFER
APPEAL BRIEFING PENDING DECISION ON APPELLEES' MOTION TO
DISMISS, OR IN THE ALTERNATIVE, (C) ESTABLISH BRIEFING
SCHEDULE TO GOVERN THESE PROCEDURALLY CONSOLIDATED APPEALS

THE COURT having considered the Appellees' Emergency Motion to (A) Clarify the Absence of Briefing Deadlines; (B) Defer Appeal Briefing Pending Decision on Appellees' Motion to Dismiss, or in the Alternative, (C) Establish Briefing Schedule to Govern These Procedurally Consolidated Appeals (the "Motion"), and any response(s) thereto; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED as follows:

    1.    The Motion is GRANTED.

2. There are no current deadlines governing the briefing for these procedurally consolidated appeals (the "Appeals").

3. To the extent necessary, further briefing of these Appeals is hereby stayed pending the Court's consideration of the Appellees' Motion to Dismiss and further order of the Court.

_____<br>Sue L. Robinson, Chief Judge

Dated: