IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
                                                :
ETOYS, INC., et al.,                            :   Case Nos. 01-0706 (MFW)
                                                :   Through 01-0709 (MFW)
        Debtors.                                :
                                                :
------------------------------------------------------------x
ROBERT K. ALBER, *Pro Se*,                      :
                                                :
        Appellant,                              :
                                                :
        v.                                      :   Civil Action No. 05-830 (SLR),
                                                :   procedurally consolidated with
TRAUB, BONACQUIST & FOX LLP,                    :   Civil Action No. 05-0831 (SLR)
BARRY GOLD, MORRIS NICHOLS                      :
ARSHT & TUNNELL LLP, and POST-                  :
EFFECTIVE DATE COMMITTEE OF                     :
EBC I, INC.,                                    :
                                                :
        Appellees.                              :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, hereby certify that on February 5, 2007 I caused a copy of the **Appellees' Emergency Motion To (A) Clarify The Absence Of Briefing Deadlines; (B) Defer Appeal Briefing Pending Decision On Appellees' Motion To Dismiss, Or In The Alternative, (C) Establish Briefing Schedule To Govern These Procedurally Consolidated Appeals** to be served on the parties on the attached service list in the manner indicated.

/s/ Mark Minuti
_____
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
(302) 421-6800
(302) 421-5873 (Fax)

544933.1 2/5/07

**ETOYS, INC., et al.**
**SERVICE LIST**

**By E-mail and Hand Delivery**

Federick Rosner, Esquire
Duane Morris LLP
1100 Market Street
Suite 1200
Wilmington, DE 19801
frosner@duanemorris.com

Mark S. Kenney, Esquire
J. Caleb Boggs Federal Building
844 King Street Suite 2313, Lockbox 35
Wilmington, DE 19801
Mark.kenney@usdoj.gov

Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com

**By E-mail and First Class U.S. Mail**

Stephen Fox, Esquire
Dreier LLP
499 Park Avenue
New York, NY 10022
sfox@dreierllp.com

Ronald R. Sussman, Esquire
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
russman@cooley.com

Robert K. Alber
17685 DeWitt Avenue
Morgan Hill, CA 95037
Condo28@mail.com

544933 1 2/5/07