

SAUL
EWING
Attorneys at Law
A Delaware LLP

Celebrating 85 years of service.

Mark Minuti
Phone: (302) 421-6840
Fax: (302) 421-5873
mminuti@saul.com
www.saul.com

February 5, 2007

**Via Hand Delivery**

Honorable Sue L. Robinson
United States District Court
Lock Box 31
844 N. King Street
Wilmington, DE 19801

Re: **Robert K. Alber v. Traub, Bonacquist & Fox LLP,** *et al.*
**(District Court Civil Action No. 05- 0830, procedurally consolidated with Civil Action No. 05-831)**

Dear Judge Robinson:

      This firm is counsel to Mr. Barry Gold, one of the appellants in the above-captioned procedurally consolidated bankruptcy appeals (the "Appeals"). I am writing on behalf of Mr. Gold and with the consent of appellees Traub, Bonacquist & Fox, LLP and Morris Nichols Arsht & Tunnell, LLP, to request that the Court consider the enclosed Appellees' Emergency Motion to (A) Clarify the Absence of Briefing Deadlines; (B) Defer Appeal Briefing Pending Decision on Appellees' Motion to Dismiss, or in the Alternative, (C) Establish Briefing Schedule to Govern These Procedurally Consolidated Appeals (the "Motion") which has been served and filed contemporaneously with this letter.

      As described in the Motion, there is a disagreement among the Appellees and pro se Appellant Robert K. Alber as to whether there are any current deadlines for the filing and service of the remaining briefs in connection with these Appeals. By the Motion, the moving Appellees seek clarification from the Court on this issue, or if necessary, certain other related relief.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON

544938.1 2/5/07     A DELAWARE LIMITED LIABILITY PARTNERSHIP

Honorable Sue L. Robinson
February 5, 2007
Page 2

Of course, we are available at the Court's convenience to discuss this matter.

Respectfully submitted,

Mark Minuti

MM/rew
Enclosures
cc:    Frederick B. Rosner, Esq.
        Ronald R. Sussman, Esq.
        Gregory W. Werkheiser, Esq.
        Mark S. Kenney, Esq.
        Steven E. Fox, Esq.
        Mr. Robert Alber
        Clerk, United States District Court