OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

## DEFICIENCY NOTICE

DATE: _2/5/07_

TO: _Mark Minuti, Esq., Frederick Rosner, Esq & Gregory W. Wertheiser, Esq._

RE:   CA# _05-830-SLR_ CASE CAPTION: _In re: Eloys, Inc. et al._

Please note that a document submitted for filing (or courtesy copy thereof) in the above noted case *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices: ☑ **The Court will take no action on subject document until discrepancies are corrected.**

or  ☐ **Corrective action has been taken by the Court, however future filings should address these concerns.**

☐ D.I.#____  Courtesy copy not received by end of next business day.

☐ D.I.#____  Document or courtesy copy not properly bound (rubber bands/clips not acceptable).

☐ D.I.#____  Notice of Filing Paper or Multi-media Materials filed; items not yet received.

☐ D.I.#____  Redacted copy of sealed document not filed within 5 business days.

☐ D.I.#____  Pro Hac Vice fee not paid for attorney(s)_____.

☐ D.I.#____  Attorney account used to file document does not agree with the signature /s/ on document.

☐ D.I.#____  Certificate of Service (when required) was not included as last page of the document.

☑ D.I.# _51-52_ Certificate of Service (when required) does not show service on all NON-electronic parties. (Steven Haas)

☐ D.I.#____  No electronic /s/ signature or actual signature of filer(s) found in all applicable blocks.

☐ D.I.#____  Discovery document(s) erroneously filed. Document will be removed from the docket.

☐ D.I.#____  L.R. 7.1.1 statement not included as required for non-dispositive motions.

☐ D.I.#____  Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ D.I.#____  Brief does not conform to local rules:_____.

☐ D.I.#____  Document(s) on CD exceeds maximum file size of 4.0 megabytes. Please divide document into multiple pdf. segments under 4.0 MB each and resubmit to Clerk for filing.

☐ D.I.#____  Sealed documents not properly presented for filing - _____.

☐ D.I.#____  Document is not in a readable PDF format. Please correct and resubmit to Clerk's Office.

☐ D.I.#____  _____.

If there are any questions concerning this matter, contact the Clerk's Office, at 573-6170. Also, refer to *ECF Tips* and *Administrative Procedures* on our web site, at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge

_T. Tassone_
Deputy Clerk

(DEFICIENCY NOTICE - Rev. 11/06)