IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
                                                :
ETOYS, INC., et al.,                            :  Case Nos. 01-0706 (MFW)
                                                :  Through 01-0709 (MFW)
           Debtors.                             :
                                                :
------------------------------------------------------------x
ROBERT K. ALBER, Pro Se,                        :
                                                :
           Appellant,                           :
                                                :
      v.                                        :  Civil Action No. 05-830 (SLR),
                                                :  procedurally consolidated with
TRAUB, BONACQUIST & FOX LLP,                    :  Civil Action No. 05-0831 (SLR)
BARRY GOLD, MORRIS NICHOLS                      :
ARSHT & TUNNELL LLP, and POST-                  :
EFFECTIVE DATE COMMITTEE OF                     :
EBC I, INC.,                                    :  Related to Docket No. 51 and 52
                                                :
           Appellees.                           :
------------------------------------------------------------x
```

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, hereby certify that on February 6, 2007 I caused a copy of the **Appellees' Emergency Motion To (A) Clarify The Absence Of Briefing Deadlines; (B) Defer Appeal Briefing Pending Decision On Appellees' Motion To Dismiss, Or In The Alternative, (C) Establish Briefing Schedule To Govern These Procedurally Consolidated Appeals** (Docket No. 51) and **Letter to Honorable Sue L. Robinson from Mark Minuti Regarding Appellees' Emergency Motion To (A) Clarify The Absence Of Briefing Deadlines; (B) Defer Appeal Briefing Pending Decision On Appellees' Motion To Dismiss, Or In The Alternative, (C) Establish Briefing Schedule To Govern These Procedurally Consolidated Appeals** (Docket No. 52) to be served on the party listed below by FED EX, overnight delivery and First Class U.S. Mail.

544933.2 2/6/07

-2-

Steven Haas
Steven Haas, Pro se
108 Jewel Street
c/o Calloway
Delmar, DE 19940

_____
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19899-1266
(302) 421-6800
(302) 421-5873 (Fax)