IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re:                                                 :
                                                       :   Chapter 11
                                                       :
ETOYS, INC., et al.,                                   :   Case Nos. 01-0706 (MFW)
                                                       :   Through 01-0709 (MFW)
        Debtors.                                       :
                                                       :
------------------------------------------------------x
ROBERT K. ALBER, Pro Se,                               :
                                                       :
        Appellant,                                     :
                                                       :
        v.                                             :   Civil Action No. 05-830 (SLR),
                                                       :   procedurally consolidated with
TRAUB, BONACQUIST & FOX LLP,                           :   Civil Action No. 05-0831 (SLR)
BARRY GOLD, MORRIS NICHOLS                             :
ARSHT & TUNNELL LLP, and POST-                         :
EFFECTIVE DATE COMMITTEE OF                            :
EBC I, INC.,                                           :
                                                       :
        Appellees.                                     :
------------------------------------------------------x
```

### CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, hereby certify that on February 6, 2007 I caused a copy of the foregoing **Supplemental Certificate of Service** to be served on the parties on the attached service list in the manner indicated.

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
(302) 421-6800
(302) 421-5873 (Fax)

544980.1 2/6/07

## ETOYS, INC., et al.
## SERVICE LIST

**By E-mail and Hand Delivery**

Federick Rosner, Esquire
Duane Morris LLP
1100 Market Street
Suite 1200
Wilmington, DE 19801
frosner@duanemorris.com

Mark S. Kenney, Esquire
J. Caleb Boggs Federal Building
844 King Street Suite 2313, Lockbox 35
Wilmington, DE 19801
Mark.kenney@usdoj.gov

Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com

**By E-mail and First Class U.S. Mail**

Stephen Fox, Esquire
Dreier LLP
499 Park Avenue
New York, NY 10022
sfox@dreierllp.com

Ronald R. Sussman, Esquire
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
russman@cooley.com

Robert K. Alber
17685 DeWitt Avenue
Morgan Hill, CA 95037
Condo28@mail.com

**By FED EX and First Class U.S. Mail**

Steven Haas
108 Jewel Street
c/o Calloway
Delmar, DE 19940