# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X

In re:                                    Chapter 11

ETOYS, INC., et al.,                      Case Nos. **01-0706** (MFW)
                                            through 01-0709  (MFW)
                     Debtors.    (Jointly Administered)

Steven Haas Appelle, Pro Se,

  &

ROBERT K. ALBER, *Pro Se*,

           Appellant,


      v.                        Civil Action No. 05-0830    (SLR)
                                            Procedurally Consolidated with
TRAUB, BONACQUIST & FOX, LLP,             Civil Action No. 05-0831
BARRY GOLD, MORRIS, NICHOLS,
ARSHT & TUNNELL, LLP, BARRY F.
GOLD and the POST-EFFECTIVE DATE
COMMITTEE OF EBC I, INC.,

           Appellees.

---------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Steven Haas, (a/k/a Laser Haas) *Pro Se Appellant/Cross Appellee*, do hereby certify

that I served the ALBER MOTION FOR RECONSIDERATION and Writ of Mandamus

in the above referenced cases on the party(s) listed below in the manner so indicated

on March 9th, 2007.

/s/ Steven Haas

(a/k/a :Laser Haas)

C/O Calloway

108 E Jewel St.

Delmar, DE 19940

1

*Cell: (928) 279-6244*
*condo28@mail.com*

**(Original via mail and email**
**Robert Alber**

Office of the Clerk
United States District Court in the District of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware  19801-3570

Office of the Clerk
Court of the United States Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, Delaware  19801

Robert J. Dehney, ESQ
Derek Abbott, ESQ
Gregory W. Werkheiser, ESQ
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Tel:    (302) 575-7229
Fax:    (302) 425-4663
RDehney@MNAT.com
dabbott@mnat.com
gwerkheiser@mnat.com

James L. Garrity, Jr., ESQ
Shearman & Sterling LLP
599 Lexington Avenue

New York, NY  10022
Tel:    (212) 848-4879
Fax:    (212) 848-4879
Defense Counsel for Traub, Bonacquist & Fox LLP
jgarrity@shearman.com


Ronald R. Sussman, ESQ
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY  10036-7798
Tel:    (212) 479-6063
Fax:    (212) 820-9785
Defense Counsel for Traub, Bonacquist & Fox, LLP
rsussman@kronishlieb.com


Mark Minuti, ESQ
Barry F. Gold
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE  19899
Tel:    (724) 413-5783
Fax:    (724) 898-0015
Defense Counsel for Barry Gold
mminuti@saul.com
barrygold@aol.com


G. David Dean, ESQ
Saul Ewing LLP
100 South Charles Street
Baltimore, MD  21202
Tel:    (410) 332-8704
Fax:    (410) 332-8163
Defense Counsel for Barry F. Gold
gdean@saul.com


Paul R. Traub, ESQ
Susan F. Balaschak, ESQ
Steven E. Fox, ESQ
Dreier, LLP/The Traub Group, f/k/a Traub, Bonacquist & Fox, LLP (currently defunct)
499 Park Avenue

New York, NY  10022
Tel:    (212) 328-6100
Fax:    (212) 328-6101
pt@tbfesq.com


Michael S. Fox, ESQ
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Tel:    (212) 451-2277
Fax:    (212) 451-2222
Formerly of Traub, Bonacquist & Fox, LLP (now defunct)
mfox@olshanlaw.com


U.S. Securities and Exchange Commission (SEC)
Susan Sherrill-Beard
E. Gordon Robinson
3475 Lenox Road
Suite 1000
Atlanta, GA  30326
Tel:    (404) 842-7625
Fax:    (404) 842-7633
Investigators for the SEC
sherrill-beards@sec.gov


Kelly Beaudin Stapleton, ESQ
U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Tel:    (215) 597-4411
Fax:    (215) 597-5795
Office of the U.S. Trustee
kelly.b.stapleton@usdoj.gov


Mark S. Kenney, ESQ
J. Caleb Boggs Federal Building
844 King Street,
Suite 2313
Lockbox 35
Wilmington, DE  19801

Tel:     (302) 573-6565
Fax:     (302) 573-6497
Office of the U.S. Trustee
mark.kenney@usdoj.gov


Frederick Rosner, ESQ
Duane, Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel:     (302) 657-4943
Fax:     (302) 657-4901
Local Counsel for Traub, Bonacquist & Fox (now defunct)
Formerly of Jaspan Schlesinger Hoffman, LLP
FBRosner@duanemorris.com


Calvin Grant
3325 SirHenry St
East Point, GA 30344