*Court Copy*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| ETOYS, INC., et al., | Case Nos. **01-0706** (MFW) through 01-0709 (MFW) |
| Debtors. | (Jointly Administered) |

Steven Haas Appelle, Pro Se,

&

ROBERT K. ALBER, *Pro Se*,

   Appellant,

v.

TRAUB, BONACQUIST & FOX, LLP, BARRY GOLD, MORRIS, NICHOLS, ARSHT & TUNNELL, LLP, BARRY F. GOLD and the POST-EFFECTIVE DATE COMMITTEE OF EBC I, INC.,

   Appellees.

Civil Action No. 05-0830   (SLR)
Procedurally Consolidated with
Civil Action No. 05-0831

---------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Steven Haas, (a/k/a Laser Haas) *Pro Se Appellant/Cross Appellee*, do hereby certify that I served the ALBER MOTION FOR RECONSIDERATION and Writ of Mandamus in the above referenced cases on the party(s) listed below in the manner so indicated on March 9th, 2007.

/s/ Steven Haas
(a/k/a :Laser Haas)
C/O Calloway
108 E Jewel St.
Delmar, DE 19940

1


Cell: (928) 279-6244
condo28@mail.com

(Original via mail and email
Robert Alber *17685 Dewitt Ave Morgan Hill, CA 95037*

Office of the Clerk
United States District Court in the District of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570
*By Fedex*

Office of the Clerk
Court of the United States Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, Delaware 19801
*By Fedex*

Robert J. Dehney, ESQ
Derek Abbott, ESQ
Gregory W. Werkheiser, ESQ
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel:  (302) 575-7229
Fax:  (302) 425-4663
RDehney@MNAT.com
dabbott@mnat.com
gwerkheiser@mnat.com
*By Fedex + Email*

James L. Garrity, Jr., ESQ
Shearman & Sterling LLP
599 Lexington Avenue

New York, NY 10022
Tel:  (212) 848-4879
Fax:  (212) 848-4879
Defense Counsel for Traub, Bonacquist & Fox LLP
jgarrity@shearman.com

*By Fedex & Email*

Ronald R. Sussman, ESQ
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Tel:  (212) 479-6063
Fax:  (212) 820-9785
Defense Counsel for Traub, Bonacquist & Fox, LLP
rsussman@kronishlieb.com

*By Fedex & Email*

Mark Minuti, ESQ
Barry F. Gold
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Tel:  (724) 413-5783
Fax:  (724) 898-0015
Defense Counsel for Barry Gold
mminuti@saul.com
barrygold@aol.com

*By Fedex & Email*

G. David Dean, ESQ
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21202
Tel:  (410) 332-8704
Fax:  (410) 332-8163
Defense Counsel for Barry F. Gold
gdean@saul.com

*By Fedex & Email*

Paul R. Traub, ESQ
Susan F. Balaschak, ESQ
Steven E. Fox, ESQ
Dreier, LLP/The Traub Group, f/k/a Traub, Bonacquist & Fox, LLP (currently defunct)
499 Park Avenue

*By Fedex & Email*

New York, NY 10022
Tel: (212) 328-6100
Fax: (212) 328-6101
pt@tbfesq.com


Michael S. Fox, ESQ
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Tel: (212) 451-2277
Fax: (212) 451-2222
Formerly of Traub, Bonacquist & Fox, LLP (now defunct)
mfox@olshanlaw.com

*By Fedex + Email*


U.S. Securities and Exchange Commission (SEC)
Susan Sherrill-Beard
E. Gordon Robinson
3475 Lenox Road
Suite 1000
Atlanta, GA 30326
Tel: (404) 842-7625
Fax: (404) 842-7633
Investigators for the SEC
sherrill-beards@sec.gov

*By Fedex + Email*


Kelly Beaudin Stapleton, ESQ
U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Tel: (215) 597-4411
Fax: (215) 597-5795
Office of the U.S. Trustee
kelly.b.stapleton@usdoj.gov

*By Fedex + Email*


Mark S. Kenney, ESQ
J. Caleb Boggs Federal Building
844 King Street,
Suite 2313
Lockbox 35
Wilmington, DE 19801

*By Fedex + Email*

Tel:    (302) 573-6565
Fax:    (302) 573-6497
Office of the U.S. Trustee
mark.kenney@usdoj.gov


Frederick Rosner, ESQ                       *By Fedex*
Duane, Morris, LLP                          *& Email*
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel:    (302) 657-4943
Fax:    (302) 657-4901
Local Counsel for Traub, Bonacquist & Fox (now defunct)
Formerly of Jaspan Schlesinger Hoffman, LLP
FBRosner@duanemorris.com


Calvin Grant
3325 SirHenry St
East Point, GA 30344

*By Mail*