## CERTIFICATE OF SERVICE

I, Gregory W. Werkheiser, certify that I am not less than 18 years of age, and that service of the foregoing document was caused to be made on March 22, 2007, in the manner indicated upon the parties on the attached list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 22, 2007                    /s/ Gregory W. Werkheiser
                                                                Gregory W. Werkheiser (No. 3553)

773287.1