IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )
      ETOYS, INC., et al.,                ) Case Nos. 01-0706 (MFW)
                                          ) through 01-0709 (MFW)
            Debtors.                      )


ROBERT K. ALBER,                          )
                                          )
            Appellant,                    )
                                          )
      v.                                  ) Civ. No. 05-830-SLR,
                                          ) procedurally consolidated with
TRAUB, BONACQUIST & FOX LLP,              ) Civ. No. 05-831-SLR
BARRY GOLD, MORRIS NICHOLS                )
ARSHT & TUNNELL LLP, and                  )
POST-EFFECTIVE DATE COMMITTEE)
OF EBC I, INC.,                           )
                                          )
            Appellees.                    )


**MEMORANDUM ORDER**


At Wilmington this 12th day of June, 2007, having reviewed the pending motions

for reconsideration in the above captioned cases, as well as the papers submitted in

connection therewith;

IT IS ORDERED that the motions (D.I. 56, 57) are denied for the reasons that

follow:

1.      The purpose of a motion for reconsideration is to "correct manifest errors

of law or fact or to present newly discovered evidence." Max's Seafood Café ex rel.
Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999).  Accordingly, a court may
alter or amend its judgment if the movant demonstrates at least one of the following:
(1) a change in the controlling law; (2) availability of new evidence not available when
summary judgment was granted; or (3) a need to correct a clear error of law or fact or to
prevent manifest injustice.  See id.

2.      Appellant has failed to demonstrate any of the aforementioned grounds to
warrant a reconsideration of the court's memorandum order dated February 27, 2007.


United States District Judge