IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )
         ETOYS, INC., et al.,                   ) Case Nos. 01-0706 (MFW)
                                                ) through 01-0709 (MFW)
                  Debtors.                      )


ROBERT K. ALBER,                                )
                                                )
              Appellant,                        )
                                                )
         v.                                     ) Civ. No. 05-830-SLR,
                                                ) procedurally consolidated with
TRAUB, BONACQUIST & FOX LLP,                    ) Civ. No. 05-831-SLR
BARRY GOLD, MORRIS NICHOLS                      )
ARSHT & TUNNELL LLP, and                        )
POST-EFFECTIVE DATE COMMITTEE)
OF EBC I, INC.,                                 )
                                                )
              Appellees.                        )


**MEMORANDUM ORDER**


At Wilmington this 12th day of June, 2007, having reviewed the pending motions

for reconsideration in the above captioned cases, as well as the papers submitted in

connection therewith;

IT IS ORDERED that the motions (D.I. 56, 57) are denied for the reasons that

follow:

1.       The purpose of a motion for reconsideration is to "correct manifest errors

of law or fact or to present newly discovered evidence." Max's Seafood Café ex rel.
Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999). Accordingly, a court may
alter or amend its judgment if the movant demonstrates at least one of the following:
(1) a change in the controlling law; (2) availability of new evidence not available when
summary judgment was granted; or (3) a need to correct a clear error of law or fact or to
prevent manifest injustice. See id.

2.    Appellant has failed to demonstrate any of the aforementioned grounds to
warrant a reconsideration of the court's memorandum order dated February 27, 2007.

United States District Judge

2